ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Nov 13   8 15 AM '03

FILED

| | | |
|---|---|---|
| GERTRUDE BAYONNE,<br>          Plaintiff, | : | |
| | : | Civ. Action No.<br>3:03CV0712(WWE) |
| v. | : | |
| PITNEY BOWES, INC.,<br>          Defendant. | : | NOVEMBER 12, 2003 |
| | : | |

## PLAINTIFF'S REVISED MOTION TO FILE A
## PROPOSED REVISED AMENDED COMPLAINT AND MOTION TO
## FILE A REPLY BRIEF TO DEFENDANT'S OBJECTIONS, NUNC PRO TUNC.

Plaintiff Gertrude Bayonne hereby respectfully requests permission to file a

proposed revised Amended Complaint, pursuant to Fed.R.Civ.P. 15. (Exhibit A Attached

herein: Proposed Revised Amended Complaint dated November 12, 2003). On

September 17, 2003, Plaintiff filed her original motion to amended the complaint.

Plaintiff's Amended Complaint asserted claims under the Employee Retirement Income

Security Act ("ERISA"). On October 14, 2003, the Defendant Pitney Bowes, Inc. filed

objections to such motion. On this date, Plaintiff filed a memorandum in response to

Defendant's objections, nunc pro tunc. Plaintiff mistakenly believed she had twenty-one

days in which to file a memorandum in opposition. On November 6, 2003, Plaintiff

attempted to obtain Defendant's consent to a 10 day extension to file a reply brief,

however, prior to filing the motion for extension, the undersigned was contacted by the

Court notified of the mistake in the deadline. Local Civil Rule 9(g) required Plaintiff to

file such pleading within 10 days of the Defendant's objections. Plaintiff respectfully requests permission to file her reply brief nunc pro tunc. Due to the voluminous objections raised by Defendant's objections, three of which fell under Fed.R.Civ.P. 12(b)(6), Plaintiff respectfully requests permission to file a memorandum of law exceeding the 10 page limit pursuant to Local Civil Rule 9(g).

Local Civil Rule 11(b)(2) provides "[t]he good cause standard requires a particularized showing that the schedule cannot reasonably be met, despite the diligence of the party seeking the modification, for reasons that were not reasonably foreseeable when the parties submitted their proposed case management plan."

The proposed revised Amended Complaint seeks to cure inadvertent defects in the original proposed amended complaint filed on September 17, 2003. In addition, the Plaintiff also seeks to name the Pitney Bowes LTD Plan Administrator the Employee Benefits Committee and the Pitney Bowes Disability Department as additional defendants to this action. Plaintiff also seeks to add two retaliation claims pursuant to the Americans With Disabilities Act and Connecticut's Fair Employment Practices Act.

Plaintiff asserts that good cause exist for granting the revised motion to amend the complaint. Plaintiff refers the Court to her good cause arguments set forth in her Memorandum in Opposition to Defendant's Objections to her original motion to amend, and incorporated the same herein.

Currently pending before this Court is Defendant's Motion to Dismiss, which was responded to on August 18, 2003 and Defendant's October 14, 2003 Objections to Plaintiff's original Motion to Amend the Complaint.

Counsel for Plaintiff contacted counsel for the Defendant on August 12, 2003, 2003, who <u>withheld consent</u> to the original motion to amend. On November 6, 2003, the Court notified the undersigned requesting a reply brief be filed to the Defendant's objections. The undersigned indicated he would be filing the reply brief nunc pro tunc. Counsel for the Defendant was contacted on November 6, 2003 and did not object to the filing of the reply brief nunc pro tunc.

This is Plaintiff's second request to file an amended complaint.

Dated: Southport, CT
November 12, 2003

PLAINTIFF,
GERTRUDE BAYONNE

By: _____
Mark P. Carey (ct17828)
Carey & Associates, P.C.
Attorneys At Law
71 Old Post Road, Suite One
Southport, CT 06490
(203) 255-4150 tel.
(203) 255-0380 fax.
Mcarey@capclaw.com

Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

THIS IS TO CERTIFY, that the foregoing was delivered via first class mail, postage prepaid, this the 12th day of November, 2003 to:

Marc L. Zaken
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Boulevard

Stamford, CT 06901

Attorney for Defendant Pitney Bowes

Mark P. Carey