CLERK
U.S. DISTRICT COURT
BRIDGEPORT CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT          DEC 22   4 05 PM '03

FILED

| | |
|---|---|
| GERTRUDE BAYONNE,<br>        Plaintiff, | : |
| | :   Civ. Action No.<br>    3:03CV0712(WWE) |
| v. | : |
| PITNEY BOWES, INC.,<br>        Defendant. | :  DECEMBER 22, 2003 |

**PLAINTIFFS' MEMORANDUM OF LAW IN RESPONSE TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO FILE A REVISED AMENDED COMPLAINT**

Plaintiff Gertrude Bayonne hereby respectfully requests an extension of time to file a Memorandum of Law in Opposition to the Defendants' Opposition to Plaintiff's Motion to File a Revised Amended Complaint dated December 9, 2003, pursuant to Local Civil Rule 9(b). Plaintiff requests an additional fifteen (15) days from the date the original responsive pleading was due to be filed, December 22, 2003. The proposed new deadline for filing Plaintiff's memorandum of law in opposition will be up to and including January 5, 2004.

Plaintiff asserts that good cause exists for granting the instant motion: 1) Plaintiff's counsel needs additional time to prepare a responsive pleading; and 2) the undersigned has previously scheduled a vacation time during the holiday season.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Counsel for Plaintiff contacted counsel for the Defendant on December 19, 2003, who consented to the instant motion.

This is Plaintiff's first request for an extension of time to file a responsive pleading to the Defendants' Opposition to Plaintiff's Motion to File a Revised Amended Complaint.

Dated: Southport, CT
December 22, 2003

PLAINTIFF,
GERTRUDE BAYONNE

By: _____
Mark P. Carey (ct17828)
Carey & Associates, P.C.
Attorneys At Law
71 Old Post Road, Suite One
Southport, CT 06490
(203) 255-4150 tel.
(203) 255-0380 fax.
Mcarey@capclaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      THIS IS TO CERTIFY, that the foregoing was delivered via first class mail, postage prepaid, this the 22nd day of December, 2003 to:

Marc L. Zaken
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901

                                                  Mark P. Carey