UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN -5 A 10: 08

| | | |
|---|---|---|
| GERTRUDE BAYONNE,<br>        Plaintiff, | : | |
| | : | Civ. Action No.<br>3:03CV0712(WWE) |
| v. | : | |
| PITNEY BOWES, INC.,<br>        Defendant. | : | DECEMBER 31, 2003 |
| | : | |

**PLAINTIFFS' MOTION FOR EXTENSION
OF TIME TO COMPLETE DISCOVERY**

Plaintiff Gertrude Bayonne hereby respectfully requests an extension of time to complete discovery in the instant case. The current discovery deadline is January 30, 2004. Plaintiff requests an additional two months in which to complete discovery, up to and including March 30, 2004.

Plaintiff asserts that good cause exists for granting the instant motion due to several pending motions before this Court: 1) Defendant's Motion To Dismiss the Original Complaint; 2) Plaintiff's Motion to Amend the Original Complaint; and 3) Defendant's Objection to Plaintiff's Motion to Amend the Original Complaint. The Court has yet to resolve these pending motions.

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

Counsel for Plaintiff contacted counsel for the Defendant on December 31, 2003, who was unable to consent or object prior to the filing of this instant motion.

This is Plaintiff's first request for an extension of time to extend the discovery deadline.

Dated: Southport, CT
December 31, 2003

PLAINTIFF,
GERTRUDE BAYONNE

By: _____
Mark P. Carey (ct17828)
Carey & Associates, P.C.
Attorneys At Law
71 Old Post Road, Suite One
Southport, CT 06490
(203) 255-4150 tel.
(203) 255-0380 fax.
Mcarey@capclaw.com

Attorney for Plaintiff

2

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY, that the foregoing was delivered via UPS Next Day Service, fee prepaid, this the 31st day of December, 2003 to:

Marc L. Zaken
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901

Mark P. Carey