FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JAN -5  A 10: 08

| | |
|---|---|
| GERTRUDE BAYONNE,<br>Plaintiff, | : |
| | :    Civ. Action No.<br>     3:03CV0712(WWE) |
| v. | : |
| PITNEY BOWES, INC.,<br>Defendant. | :<br>:    DECEMBER 31, 2003 |

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM OF LAW IN RESPONSE TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO FILE A REVISED AMENDED COMPLAINT

On December 22, 2003, Plaintiff filed a Motion for Extension of Time to respond to Defendant's Objection to Plaintiff's Motion to Amend the Complaint. The caption of the pleading was incorrectly labeled as a "memorandum of law" and should have read "Motion for Extension of Time". Plaintiff now files a corrected pleading.

Plaintiff Gertrude Bayonne hereby respectfully requests an extension of time to file a Memorandum of Law in Opposition to the Defendants' Opposition to Plaintiff's Motion to File a Revised Amended Complaint dated December 9, 2003, pursuant to Local Civil Rule 9(b). Plaintiff requests an additional fifteen (15) days from the date the original responsive pleading was due to be filed, December 22, 2003. The proposed new

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

deadline for filing Plaintiff's memorandum of law in opposition will be up to and including January 5, 2004.

Plaintiff asserts that good cause exists for granting the instant motion: 1) Plaintiff's counsel needs additional time to prepare a responsive pleading; and 2) the undersigned has previously scheduled a vacation time during the holiday season.

Counsel for Plaintiff contacted counsel for the Defendant on December 19, 2003, who consented to the instant motion.

This is Plaintiff's first request for an extension of time to file a responsive pleading to the Defendants' Opposition to Plaintiff's Motion to File a Revised Amended Complaint.

Dated: Southport, CT
December 31, 2003

PLAINTIFF,
GERTRUDE BAYONNE

By: /s/ Mark P. Carey
Mark P. Carey (ct17828)
Carey & Associates, P.C.
Attorneys At Law
71 Old Post Road, Suite One
Southport, CT 06490
(203) 255-4150 tel.
(203) 255-0380 fax.
Mcarey@capclaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY, that the foregoing was delivered via UPS Next Day Service, fee prepaid, this the 31st day of December, 2003 to:

Marc L. Zaken
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901

Mark P. Carey