*[Handwritten margin note, left side, vertical:]* The court construes this memorandum as a motion for extension of time, which motion the Court hereby GRANTS. /s/ WARREN W. EGINTON, SENIOR USDJ

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*[Stamp: CLERK U.S. DISTRICT COURT BRIDGEPORT CONN. DEC 22  4 05 PM '03]*

| | |
|---|---|
| GERTRUDE BAYONNE,<br>      Plaintiff, | *[Handwritten: FILED 03CV712 REPLY]* |
| v. | Civ. Action No.<br>3:03CV0712(WWE) |
| PITNEY BOWES, INC.,<br>      Defendant. | DECEMBER 22, 2003 |

## PLAINTIFFS' MEMORANDUM OF LAW IN RESPONSE TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO FILE A REVISED AMENDED COMPLAINT

Plaintiff Gertrude Bayonne hereby respectfully requests an extension of time to file a Memorandum of Law in Opposition to the Defendants' Opposition to Plaintiff's Motion to File a Revised Amended Complaint dated December 9, 2003, pursuant to Local Civil Rule 9(b). Plaintiff requests an additional fifteen (15) days from the date the original responsive pleading was due to be filed, December 22, 2003. The proposed new deadline for filing Plaintiff's memorandum of law in opposition will be up to and including January 5, 2004.

    Plaintiff asserts that good cause exists for granting the instant motion: 1) Plaintiff's counsel needs additional time to prepare a responsive pleading; and 2) the undersigned has previously scheduled a vacation time during the holiday season.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**