\# 23

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN -5 A 10: 08

| | | |
|---|---|---|
| GERTRUDE BAYONNE, Plaintiff, | : | |
| | : | Civ. Action No. 3:03CV0712(WWE) |
| v. | : | |
| PITNEY BOWES, INC., Defendant. | : | DECEMBER 31, 2003 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM OF LAW IN RESPONSE TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO FILE A REVISED AMENDED COMPLAINT**

On December 22, 2003, Plaintiff filed a Motion for Extension of Time to respond to Defendant's Objection to Plaintiff's Motion to Amend the Complaint. The caption of the pleading was incorrectly labeled as a "memorandum of law" and should have read "Motion for Extension of Time". Plaintiff now files a corrected pleading.

Plaintiff Gertrude Bayonne hereby respectfully requests an extension of time to file a Memorandum of Law in Opposition to the Defendants' Opposition to Plaintiff's Motion to File a Revised Amended Complaint dated December 9, 2003, pursuant to Local Civil Rule 9(b). Plaintiff requests an additional fifteen (15) days from the date the original responsive pleading was due to be filed, December 22, 2003. The proposed new

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge

FILED 2004 JAN -9 A 10: 21
US DISTRICT COURT
BRIDGEPORT