UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN -5 A 10: 08

GERTRUDE BAYONNE,           :
        Plaintiff,
                            :   Civ. Action No.
                                3:03CV0712(WWE)
v.                          :

PITNEY BOWES, INC.,         :
        Defendant.         DECEMBER 31, 2003
                              :

**Motion GRANTED**
**WARREN W. EGINTON**
Senior United States District Judge

FILED 2004 JAN -7 A 10: 27
U.S. DISTRICT COURT
BRIDGEPORT CT

## PLAINTIFFS' MOTION FOR EXTENSION
## OF TIME TO COMPLETE DISCOVERY

Plaintiff Gertrude Bayonne hereby respectfully requests an extension of time to complete discovery in the instant case. The current discovery deadline is January 30, 2004. Plaintiff requests an additional two months in which to complete discovery, up to and including March 30, 2004.

Plaintiff asserts that good cause exists for granting the instant motion due to several pending motions before this Court: 1) Defendant's Motion To Dismiss the Original Complaint; 2) Plaintiff's Motion to Amend the Original Complaint; and 3) Defendant's Objection to Plaintiff's Motion to Amend the Original Complaint. The Court has yet to resolve these pending motions.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**