UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERTRUDE BAYONNE, | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| v. | : 303 CV 0712 (WWE) |
| PITNEY BOWES INC., | : |
| Defendant. | : JANUARY 21, 2004 |

### ENTRY OF APPEARANCE

Please enter the appearance of the undersigned on behalf of the defendant, Pitney Bowes Inc., in the above-captioned action.

DEFENDANT,

PITNEY BOWES INC.

_____
Theodore J. Tucci (ct05249)
ttucci@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Tel. No.: (860) 275-8210
Fax No.: (860) 275-8299

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid to counsel or record, addressed as follows:

| | |
|---|---|
| Mark P. Carey, Esq.<br>Carey & Associates, P.C.<br>71 Old Post Road South<br>Suite One<br>Southport, CT 06890 | Mark L. Zaken, Esq.<br>John G. Stretton, Esq.<br>Edwards & Angell<br>Three Stamford Plaza<br>301 Tresser Boulevard, 13th Floor<br>Stamford, CT 06901 |

this 21st day of January, 2004.

_____
Theodore J. Tucci