## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GERTRUDE BAYONNE,              :

                :

    Plaintiff,          :

                :    CIVIL ACTION NO.

    v.               :    303 CV 0712 (WWE)

                :

PITNEY BOWES INC.,        :

                :

    Defendant.      :    JANUARY 21, 2004

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Conn. L. Civ. R. 83.1(d), Defendant Pitney Bowes Inc., through counsel, moves the Court to admit Nicole A. Diller, Sandra R. McCandless and Joanne M. Krakora as counsel of record, *pro hac vice*, on its behalf.

In support of this motion, Defendant states that Nicole A. Diller of Sonnenschein, Nath and Rosenthal LLP is a member in good standing of the bars of the State of California and the District of Columbia, and that Sandra McCandless and Joanne M. Krakora are members in good standing of the California Bar. Sonnenschein, Nath and Rosenthal, LLP will be associated in this civil action with the undersigned co-counsel, Theodore J. Tucci, who is admitted to practice before this Court. Affidavits in accordance with D. Conn. L. Civ. R. 83.1(d)(1) of the United States District Court for the District of Connecticut are attached hereto as Exhibits "A," "B" and "C," respectively.

The granting of this motion will not require modification of a scheduling order entered pursuant to Federal Rule of Civil Procedure 16(b) or the deadlines established by the standing

order on scheduling in civil cases. This motion is accompanied by payment to the Clerk of this Court of a fee of twenty-five dollars ($25.00) each in connection with the motion for admission of Attorney Diller, Attorney McCandless and Attorney Krakora.

DEFENDANT,

PITNEY BOWES INC.

Theodore J. Tucci (ct05249)
ttucci@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Tel. No.: (860) 275-8210
Fax No.: (860) 275-8299

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Admission Pro Hac Vice was

mailed via first class mail, postage prepaid to counsel or record, addressed as follows:

Mark P. Carey, Esq.                         Mark L. Zaken, Esq.
Carey & Associates, P.C.                    John G. Stretton, Esq.
71 Old Post Road South                      Edwards & Angell
Suite One                                   Three Stamford Plaza
Southport, CT 06890                         301 Tresser Boulevard, 13th Floor
                                            Stamford, CT  06901

this 21st day of January, 2004.

_____
Theodore J. Tucci

**A**

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GERTRUDE BAYONNE,                          :
                                           :
      Plaintiff,                     :
                                           :      **CIVIL ACTION NO.**
      v.                             :      **3:03 CV 0712 (WWE)**
                                           :
PITNEY BOWES INC.,                         :
                                           :
      Defendant.                     :      **JANUARY 20, 2004**

### AFFIDAVIT OF NICOLE A. DILLER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Nicole A. Diller, having been duly sworn, says:

1.      I submit this affidavit in support of the motion for admission *pro hac vice* as counsel on behalf of Defendant Pitney Bowes, Inc. ("Defendant").

2.      I am a member of the law firm of Sonnenschein Nath & Rosenthal LLP with offices at 685 Market Street, 6th Floor, San Francisco, CA 94105, and counsel for the Defendant. My business telephone number is (415) 882-5000, my business facsimile number is (415) 543-5472 and my email address is ndiller@sonnenschein.com.

3.      I was admitted to the bar of the State of California on December 16, 1991, and am an active member in good standing (State Bar No. 154842). I was also admitted to the bar of the District of Columbia on May 14, 1993, and am an inactive member in good standing (District Bar No. 437721).

4.      In addition, I was admitted to practice at the bars of the United States District Court for the Northern District of California on December 16, 1991, the United States Court of

Appeals for the Ninth Circuit on December 27, 1991, the California Superior Courts on

December 16, 1991, the California Courts of Appeal on December 16, 1991, the California

Supreme Court on December 16, 1991, the District of Columbia Court of Appeals on May 14,

1993, the Superior Court of the District of Columbia on May 14, 1993, the United States District

Court for the Central District of California on May 13, 1997, the United States Court of Appeals

for the Eleventh Circuit on November 25, 1997, and the United States District Court for the

Southern District of California on November 28, 1997. I am in good standing at the bar of each

of these courts.

5.      There are no disciplinary actions presently pending against me, nor have any

disciplinary actions ever been initiated against me in this court or any state or federal court. I

have not been denied admission to this court or any state or federal court. I am not disbarred nor

have I ever been disbarred from practice in any state or federal court, nor have I been held in

contempt or otherwise disciplined or sanctioned by any court.

6.      I am not now nor have I ever been the subject of any criminal proceedings.

7.      I have fully reviewed and am familiar with the Rules of The United States District

Court for the District of Connecticut.

8.      I have associated with Theodore J. Tucci of Robinson & Cole LLP (280 Trumbull

Street, Hartford, CT 06103, Tel: (860) 275-8200), a member in good standing of the bar of the

State of Connecticut and admitted before this Court, who is co-counsel for Defendant Pitney

Bowes, Inc.

9.      My local co-counsel, Theodore J. Tucci, will also sign all pleadings, motions and

briefs and other documents served or filed in this action.

- 2 -

10.    In light of the foregoing, I respectfully request, on behalf of Pitney Bowes, Inc.,

that I be admitted *pro hac vice* for the purpose of representing it in this matter in association with

Connecticut co-counsel.  I agree to be bound by the rules governing practice in the Connecticut

courts, including the disciplinary rules.

I declare under penalty of perjury that the foregoing is true and accurate.

_____
Nicole A. Diller

Subscribed and sworn to before me this _20_ day of January, 2004.

_____
Notary Public

EULA JOHNSON
Commission # 1325767
Notary Public - California
San Francisco County
My Comm. Expires Oct 18, 2005

**B**

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GERTRUDE BAYONNE,                      :
                                       :
    Plaintiff,                     :
                                       :       **CIVIL ACTION NO.**
    v.                             :       **3:03 CV 0712 (WWE)**
                                       :
PITNEY BOWES INC.,                     :
                                       :
    Defendant.                     :       **JANUARY 20, 2004**

## AFFIDAVIT OF SANDRA R. McCANDLESS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Sandra R. McCandless, having been duly sworn, says:

1.    I submit this affidavit in support of the motion for admission *pro hac vice* as counsel on behalf of Defendant Pitney Bowes, Inc. ("Defendant").

2.    I am a member of the law firm of Sonnenschein Nath & Rosenthal LLP with offices at 685 Market Street, 6th Floor, San Francisco, CA 94105, and counsel for the Defendant. My business telephone number is (415) 882-5000, my business facsimile number is (415) 543-5472 and my email address is smccandless@sonnenschein.com.

3.    I was admitted to the bar of the State of California in December 1973 and am an active member in good standing (State Bar No. 57740).

4.    In addition, I was admitted to practice at the bars of the United States Supreme Court, the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Sixth Circuit, the Unites States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Ninth Circuit, the United States District Court for the

Northern District of California and the United States District Court for the Eastern District of California. I am in good standing at the bar of each of these courts.

5.    There are no disciplinary actions presently pending against me, nor have any disciplinary actions ever been initiated against me in this court or any state or federal court. I have not been denied admission to this court or any state or federal court. I am not disbarred nor have I ever been disbarred from practice in any state or federal court, nor have I been held in contempt or otherwise disciplined or sanctioned by any court.

6.    I am not now nor have I ever been the subject of any criminal proceedings.

7.    I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Connecticut.

8.    I have associated with Theodore J. Tucci of Robinson & Cole LLP (280 Trumbull Street, Hartford, CT 06103, Tel: (860) 275-8200), a member in good standing of the bar of the State of Connecticut and admitted before this Court, who is co-counsel for Defendant Pitney Bowes, Inc.

9.    My local co-counsel, Theodore J. Tucci, will also sign all pleadings, motions and briefs and other documents served or filed in this action.

///

///

///

///

///

- 2 -

10.    In light of the foregoing, I respectfully request, on behalf of Pitney Bowes, Inc., that I be admitted *pro hac vice* for the purpose of representing it in this matter in association with Connecticut co-counsel.  I agree to be bound by the rules governing practice in the Connecticut courts, including the disciplinary rules.

I declare under penalty of perjury that the foregoing is true and accurate.

_____
Sandra R. McCandless

Subscribed and sworn to before me this 20 day of January, 2004.

_____
Notary Public

EULA JOHNSON
Commision # 1325767
Notary Public - California
San Francisco County
My Comm. Expires Oct 18, 2005

27157530\V-1

**C**

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GERTRUDE BAYONNE,                     :
                                      :
     Plaintiff,                       :
                                      :       **CIVIL ACTION NO.**
     v.                               :       **3:03 CV 0712 (WWE)**
                                      :
PITNEY BOWES INC.,                    :
                                      :
     Defendant.                       :       **JANUARY 20, 2004**

## AFFIDAVIT OF JOANNE M. KRAKORA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Joanne M. Krakora, having been duly sworn, says:

1.    I submit this Affidavit in support of the motion for admission *pro hac vice* as counsel on behalf of Defendant Pitney Bowes, Inc. ("Defendant").

2.    I am an associate of the law firm of Sonnenschein Nath & Rosenthal LLP with offices at 685 Market Street, 6th Floor, San Francisco, CA 94105, and counsel for the Defendant. My business telephone number is (415) 882-5000, my business facsimile number is (415) 543-5472 and my email address is jkrakora@sonnenschein.com.

3.    I was admitted to the bar of the State of California on December 9, 1998, and am an active member in good standing (State Bar No. 199193).

4.    In addition, I was admitted to practice at the bars of the United States District Court for the Southern District of California on December 16, 1998, the United States District Court for the Northern District of California on May 4, 2001, and the United States District

Court for the Eastern District of California on May 16, 2001. I am in good standing at the bar of each of these courts.

5.     There are no disciplinary actions presently pending against me, nor have any disciplinary actions ever been initiated against me in this or any state or federal court. I have not been denied admission to this court or any state or federal court. I am not disbarred nor have I ever been disbarred from practice in any state or federal court, nor have I been held in contempt or otherwise disciplined or sanctioned by any court.

6.     I am not now nor have I ever been the subject of any criminal proceedings.

7.     I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Connecticut.

8.     I have associated with Theodore J. Tucci of Robinson & Cole LLP (280 Trumbull Street, Hartford, CT 06103, Tel: (860) 275-8200), a member in good standing of the bar of the State of Connecticut, who is co-counsel for Defendant Pitney Bowes, Inc.

9.     My local co-counsel, Theodore J. Tucci, will also sign all pleadings, motions and briefs and other documents served or filed in this action.

///

///

///

///

///

- 2 -

10.    In light of the foregoing, I respectfully request, on behalf of Pitney Bowes, Inc.,

that I be admitted *pro hac vice* for the purpose of representing it in this matter in association with

Connecticut co-counsel.  I agree to be bound by the rules governing practice in the Connecticut

courts, including the disciplinary rules.

I declare under penalty of perjury that the foregoing is true and accurate.

Joanne M. Krakora

Subscribed and sworn to before me this 20 day of January, 2004.

Notary Public

EULA JOHNSON
Commission # 1325767
Notary Public - California
San Francisco County
My Comm. Expires Oct 18, 2005