#31

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JAN 22 P 2: 23

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| **GERTRUDE BAYONNE,** | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 303 CV 0712 (WWE) |
| PITNEY BOWES INC., | : | |
| Defendant. | : | JANUARY 21, 2004 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Conn. L. Civ. R. 83.1(d), Defendant Pitney Bowes Inc., through counsel, moves the Court to admit Nicole A. Diller, Sandra R. McCandless and Joanne M. Krakora as counsel of record, *pro hac vice*, on its behalf.

In support of this motion, Defendant states that Nicole A. Diller of Sonnenschein, Nath and Rosenthal LLP is a member in good standing of the bars of the State of California and the District of Columbia, and that Sandra McCandless and Joanne M. Krakora are members in good standing of the California Bar. Sonnenschein, Nath and Rosenthal, LLP will be associated in this civil action with the undersigned co-counsel, Theodore J. Tucci, who is admitted to practice before this Court. Affidavits in accordance with D. Conn. L. Civ. R. 83.1(d)(1) of the United States District Court for the District of Connecticut are attached hereto as Exhibits "A," "B" and "C," respectively.

The granting of this motion will not require modification of a scheduling order entered pursuant to Federal Rule of Civil Procedure 16(b) or the deadlines established by the standing

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U. S. District Court