# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED 2004 FEB 13 P 12:04

GERTRUDE BAYONNE,

    PLAINTIFF

V.

PITNEY BOWES INC., ET AL.

    DEFENDANT.

APPEARANCE

CASE NUMBER: 303 CV 0712 (WWE)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: PITNEY BOWES INC., THE PITNEY BOWES, INC. LONG TERM DISABILITY PLAN AND THE PITNEY BOWES, INC. LONG TERM DISABILITY PLAN ADMINISTRATOR

February 11, 2004
Date

ct25573
Connecticut Federal Bar Number

415 - 882-5000
Telephone Number

415 - 543-5472
Fax Number

ndiller@sonnenschein.com
E-mail address

Signature

Nicole A. Diller
Print Clearly or Type Name

685 Market Street, 6th Floor
Address

San Francisco, CA 94105

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Mark P. Carey
Carey & Associates, P.C.
71 Old Post Road South, Suite One
Southport, CT 06890

Theodore J. Tucci Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24