UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 17 P 1: 02

| | | |
|---|---|---|
| GERTRUDE BAYONNE, | : | |
| Plaintiff, | : | |
| v. | : | Docket No. 303 CV 0712 (WWE) |
| PITNEY BOWES INC., | : | |
| Defendant. | : | FEBRUARY 4, 2004 |

### MOTION TO WITHDRAW APPEARANCE

The undersigned, pursuant to Local Rule 7(e), hereby moves the court to withdraw his appearance in the above-captioned civil action. Defendant Pitney Bowes Inc. will now be represented in this action by Theodore J. Tucci of Robinson & Cole LLP, 280 Trumbull Street, Hartford, CT 06103. Mr. Tucci has appeared on record in this matter and will continue to represent Defendant henceforth.

STM_173055_1/MCLARKE

WHEREFORE, the undersigned moves for a withdrawal of the appearance of Marc L. Zaken on behalf of Defendant.

                                                RESPECTFULLY SUBMITTED,

                                                _/s/ Marc L. Zaken_

                                                Marc L. Zaken (CT 03110)
                                                mzaken@edwardsangell.com
                                                EDWARDS & ANGELL, LLP
                                                Three Stamford Plaza
                                                301 Tresser Boulevard
                                                Stamford, CT 06901
                                                (203) 353-6819

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Withdraw Appearance was mailed via first class mail, postage prepaid to:

> Mark P. Carey
> Carey & Associates, P.C.
> 71 Old Post Road South, Suite One
> Southport, CT 06890
>
> Theodore J. Tucci
> Robinson & Cole LLP
> 280 Trumbull Street
> Hartford, CT 06103

this 4th day of February, 2004.

_____
Marc L. Zaken