FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 FEB 17 P 12:59

US DISTRICT
DISTRICT

| | | |
|---|---|---|
| GERTRUDE BAYONNE, | : | |
| Plaintiff, | : | |
| v. | : | Docket No. 303 CV 0712 (WWE) |
| PITNEY BOWES INC., | : | |
| Defendant. | : | FEBRUARY 4, 2004 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned, pursuant to Local Rule 7(e), hereby moves the court to withdraw his appearance in the above-captioned civil action. Defendant Pitney Bowes Inc. will now be represented in this action by Theodore J. Tucci of Robinson & Cole LLP, 280 Trumbull Street, Hartford, CT 06103. Mr. Tucci has appeared on record in this matter and will continue to represent Defendant henceforth.

STM_173046_1/JSTRETTON

WHEREFORE, the undersigned moves for a withdrawal of the appearance of John G. Stretton on behalf of Defendant.

RESPECTFULLY SUBMITTED,

*[signature]*

John G. Stretton (CT 19902)
jstretton@edwardsangell.com
EDWARDS & ANGELL, LLP
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901
(203) 353-6819

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Withdraw Appearance was mailed via first class mail, postage prepaid to:

Mark P. Carey
Carey & Associates, P.C.
71 Old Post Road South, Suite One
Southport, CT 06890


Theodore J. Tucci
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103


this 4th day of February, 2004.

John G. Stretton