**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **GERTRUDE BAYONNE,** | : | 3:03cv712 |
|     **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **PITNEY BOWES, INC. et al.,** | : | |
|     **Defendants.** | : | |

<u>Order</u>

     Plaintiff is instructed to file her amended complaint by March 8, 2004.

    SO ORDERED.

                                           _____/s/_____
                                           WARREN W. EGINTON
                                           SENIOR U.S. DISTRICT JUDGE

    Dated this 23rd of February, 2004 in Bridgeport, Connecticut.