UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 17 P 1: 02

| | | |
|---|---|---|
| GERTRUDE BAYONNE, | : | |
| Plaintiff, | : | |
| v. | : | Docket No. 303 CV 0712 (WWE) |
| PITNEY BOWES INC., | : | |
| Defendant. | : | FEBRUARY 4, 2004 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned, pursuant to Local Rule 7(e), hereby moves the court to withdraw his appearance in the above-captioned civil action. Defendant Pitney Bowes Inc. will now be represented in this action by Theodore J. Tucci of Robinson & Cole LLP, 280 Trumbull Street, Hartford, CT 06103. Mr. Tucci has appeared on record in this matter and will continue to represent Defendant henceforth.

STM_173055_1/MCLARKE