03CV712 Mot WD Appear Stc

#36

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 FEB 17  P 12: 59

US D...
  BR...

| | |
|---|---|
| GERTRUDE BAYONNE, | : |
| Plaintiff, | : |
| v. | : Docket No. 303 CV 0712 (WWE) |
| PITNEY BOWES INC., | : |
| Defendant. | : FEBRUARY 4, 2004 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned, pursuant to Local Rule 7(e), hereby moves the court to withdraw his appearance in the above-captioned civil action. Defendant Pitney Bowes Inc. will now be represented in this action by Theodore J. Tucci of Robinson & Cole LLP, 280 Trumbull Street, Hartford, CT 06103. Mr. Tucci has appeared on record in this matter and will continue to represent Defendant henceforth.

2-26-04 Motion GRANTED

FILED 2004 FEB 26 P 3:22

STM_173046_1/JSTRETTON