# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

RECEIVED
FEB 1 3 2004

BAYONNE

vs.

PITNEY BOWES

**APPEARANCE**

2004 FEB 26 P 2: 17

CASE NUMBER:    303 CV 0712 (WWE)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Defendant, PITNEY BOWES, INC. LONG TERM DISABILITY PLAN AND THE PITNEY BOWES, INC. LONG TERM DISABILITY PLAN ADMINSITRATOR

February 9, 2004
Date

ct16494
Connecticut Federal Bar Number

(415) 882-2412
Telephone Number

(415) 882-0337
Fax Number

smccandless@sonnenschein.com
E-mail address

*[Signature]*
Signature

Sandra R. McCandless
Print Clearly or Type Name

685 Market St., 6th Floor
Address

San Francisco, CA 94105

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Mark P. Carey, Esq.
Carey & Associates, P.C.
71 Old Post Road South, Suite One
Southport, CT   06890

*[Signature]*
Theodore J. Tucci Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24