# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

RECEIVED
FEB 1 3 2004

FILED

APPEARANCE

2004 MAR -2 P 12: 23

US DISTRICT COURT
BRIDGEPORT CT

GERTRUDE BAYONNE,

    v.    Plaintiff

PITNEY BOWES INC., ET AL.

    Defendant.

CASE NUMBER: 303 CV 0712 (WWE)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Pitney Bowes, Inc., The Pitney Bowes, Inc. Long Term Disability Plan and The Pitney Bowes, Inc. Long Term Disability Plan Administrator

| | |
|---|---|
| February 11, 2004<br>Date | Signature |
| CT 25574<br>Connecticut Federal Bar Number | Joanne M. Krakora<br>Print Clearly or Type Name |
| (415) 882-5000<br>Telephone Number | Sonnenschein, Nath & Rosenthal LLP<br>Address |
| (415) 543-5472<br>Fax Number | 685 Market St., 6th Floor<br>San Francisco, CA  94105 |
| jkrakora@sonnenschein.com<br>E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Mark P. Carey, Esq.
Carey & Associates, P.C.
71 Old Post Road South, Suite One
Southport, CT   06890

Theodore J. Tucci Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24