

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------X
GERTRUDE BAYONNE,

      Plaintiff(s),

  -against-

PITNEY BOWES INC., ET AL.,

      Defendant(s).
-----------------------------------------------------------------X

FILED
2004 MAR -8  P 12: 33
US DISTRICT COURT
BRIDGEPORT

Index No. 3:03 CV 0712 (WWE)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
          S.S.:
COUNTY OF ROCKLAND   )

    DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

    That on the 4TH day of February, 2004, at approximately 2:35 PM, deponent served a true copy of the SUMMONS, ORDER ON PRETRIAL DEADLINES, RULING ON REVISED MOTION TO AMEND AND REVISED AMENDED COMPLAINT upon PITNEY BOWES INC LONG TERM DISABILITY PLAN ADMINISTRATOR at 1 Elmcroft Road, Stamford, Connecticut 06926, by personally delivering and leaving the same with JENNIFER SANDOBAL, who informed deponent that she is an legal assistant authorized by PITNEY BOWES INC LONG TERM DISABILITY PLAN ADMINISTRATOR to receive service at that address.

    JENNIFER SANDOBAL is a white female, approximately 26 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 150 pounds with brown hair and blue eyes.

DAVID KSIAZEK #0974523

Sworn to before me this
11th day of February, 2004

_____
NOTARY PUBLIC

ALAN DEMOVSKY
Notary Public, State of New York
Qualified in Rockland County
No. 31-4612156
Cert. Filed in New York County
Commission Expires Oct. 31 2005

# United States District Court

DISTRICT OF CONNECTICUT

GERTRUDE BAYONNE,
    Plaintiff

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 3:03CV0712(WWE)

PITNEY BOWES INC, & THE PITNEY
BOWES INC LONG TERM DISABILITY PLAN,
THE PITNEY BOWES INC LONG TERM DISABILITY
PLAN ADMINISTRATOR, THE PITNEY BOWES INC
DISABILITY DEPARTMENT,
    Defendants.

TO: (Name and address of defendant)

PITNEY BOWES INC LONG TERM
DISABILITY PLAN ADMINISTRATOR
MSC 07-00
One Elmcroft Road
Stamford, CT 06926

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark P. CArey
Carey & Associates PC
71 Old Post Road, Suite One
Southport, CT 06890
(203) 255-4150

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE                                    1/29/04

CLERK                                                     DATE

*C. Warren*

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.