UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 APR 30  A 10: 10

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| GERTRUDE BAYONNE, : <br>       Plaintiff, : <br> : Civ. Action No. <br> : 3:03CV0712(WWE) <br> v. : <br> : JURY TRIAL DEMANDED <br> PITNEY BOWES, INC. & : <br> THE PITNEY BOWES, INC. <br> LONG TERM DISABILITY PLAN, : <br> THE PITNEY BOWES, INC. LONG <br> TERM DISABILITY PLAN : <br> ADMINISTRATOR AND THE <br> PITNEY BOWES, INC. : <br> DISABILITY DEPARTMENT, <br>       Defendants. : APRIL 29, 2004 | |

**PLAINTIFFS' MOTION FOR EXTENSION
OF TIME TO COMPLETE DISCOVERY AND MOTION REQUESTING
ALL DEPOSITIONS BE CONDUCTED AT THE COURTHOUSE**

Plaintiff Gertrude Bayonne hereby respectfully requests an extension of time to complete discovery in the instant case. The current discovery deadline is June 1, 2004. Plaintiff requests an additional two months in which to complete discovery, up to and including September 1, 2004.

Plaintiff asserts that good cause exists for granting the instant motion: (1) Defendants recently served their first discovery request on April 28, 2004 and the undersigned requires additional time to review and respond to the request; (2) Defendants

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

also noticed the Deposition of Plaintiff for May 28, 2004, and the undersigned is uncertain that he or the Plaintiff, who resides near Buffalo, New York can attend on the date noticed; (3) the undersigned is currently working on Plaintiff's Partial Motion for Summary Judgment on her ERISA benefits claim to be filed next week; (4) the undersigned is simultaneously also working on two other summary judgment motions in the D.Conn. (due by May 15, 2004) and S.D.N.Y. (due in June); (5) Plaintiff recently received Defendants Answer to the Revised Amended Complaint on March 26, 2004 and the undersigned is determining what discovery to serve on the Defendants in this combined ADA/ERISA action.

Counsel for Plaintiff contacted counsel for the Defendants on April 29, 2004, who refused to consent to a thirty or sixty day extension of time to complete discovery. In same conversation, Defendants were also notified that Plaintiff was going to file her Partial Motion for Summary Judgment on the ERISA benefits claim by early next week.

This is Plaintiff's second request for an extension of time to extend the discovery deadline.

Plaintiff also requests permission to conduct all depositions of fact witnesses in the United States Courthouse in Bridgeport, Connecticut. The purposes of the request is avoid unnecessary deposition disputes if any and to provide a neutral forum to conduct the depositions.

PLAINTIFF,
GERTRUDE BAYONNE

By: /s/ Mark P. Carey

Mark P. Carey (ct17828)
Carey & Associates, P.C.
Attorneys At Law
71 Old Post Road, Suite One
Southport, CT 06490
(203) 255-4150 tel.
(203) 255-0380 fax.
Mcareyesq@MPCAssoc.com

Her Attorney

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY, that the foregoing was delivered via facsimile and first class mail, postage prepaid, this the 29th day of April, 2004 to:

Theodore J. Tucci
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103

Nicole A. Diller
Sonnenschein, Nath & Rosenthal, LLP
685 Market Street, 6th Floor
San Francisco, CA 94105

Attorneys for Defendants

/s/ Mark P. Carey
Mark P. Carey