# 46

FILED
2004 APR 30 A 10: 10
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERTRUDE BAYONNE, : | |
| Plaintiff, : | |
| : | Civ. Action No. |
| : | 3:03CV0712(WWE) |
| v. : | |
| : | JURY TRIAL DEMANDED |
| PITNEY BOWES, INC. & : | |
| THE PITNEY BOWES, INC. : | |
| LONG TERM DISABILITY PLAN, : | |
| THE PITNEY BOWES, INC. LONG : | |
| TERM DISABILITY PLAN : | |
| ADMINISTRATOR AND THE : | |
| PITNEY BOWES, INC. : | |
| DISABILITY DEPARTMENT, : | |
| Defendants. : | APRIL 29, 2004 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND MOTION REQUESTING ALL DEPOSITIONS BE CONDUCTED AT THE COURTHOUSE**

Plaintiff Gertrude Bayonne hereby respectfully requests an extension of time to complete discovery in the instant case. The current discovery deadline is June 1, 2004. Plaintiff requests an additional two months in which to complete discovery, up to and including September 1, 2004.

Plaintiff asserts that good cause exists for granting the instant motion: (1) Defendants recently served their first discovery request on April 28, 2004 and the undersigned requires additional time to review and respond to the request; (2) Defendants

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

---

The motion to have depositions conducted at the courthouse is DENIED. Any conflict regarding the depositions may be resolved telephonically with the court. The motion for the extension of time is GRANTED on a final basis.

5/6/04
WARREN W. EGINTON, SENIOR USDJ

FILED
2004 MAY -6 P 12: 12
U.S. DISTRICT COURT
BRIDGEPORT, CONN