UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERTRUDE BAYONNE,<br>Plaintiff, | : | |
| | : | Civ. Action No.<br>3:03CV0712(WWE) |
| v. | : | |
| PITNEY BOWES, INC. &<br>THE PITNEY BOWES, INC.<br>LONG TERM DISABILITY PLAN,<br>THE PITNEY BOWES, INC. LONG<br>TERM DISABILITY PLAN<br>ADMINISTRATOR AND THE<br>PITNEY BOWES, INC.<br>DISABILITY DEPARTMENT,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>: | MAY 6, 2004 |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON HER ERISA SECTION 502(a)(1)(B) and (a)(3) CLAIMS

Plaintiff Gertrude Bayonne ("Ms. Bayonne") hereby files this Motion for Partial Summary Judgment and Memorandum of Law in Support pursuant to Fed.R.Civ.P. 56(c). Ms. Bayonne seeks a declaratory judgment, injunctive and equitable relief on her Employee Retirement Income Security Act, 29 U.S.C. §§ 1132(a)(1)(B) and (a)(3), ("ERISA") claims based on an unlawful denial of her Long Term Disability ("LTD") benefits as against: the Pitney Bowes, Inc. Long Term Disability Plan ("The Plan"); the Pitney Bowes, Inc. Long Term Disability Plan Administrator ("Plan Administrator") and

ORAL ARGUMENT REQUESTED
TESTIMONY REQUIRED

the Pitney Bowes, Inc. Disability Department ("Disability Department"). For the purposes of this action and this motion, the Defendant Plan is directly liable for the actions of agents the Defendant Plan Administrator and Defendant Disability Department. With respect to reference herein to "Defendants" with regard to fiduciary actions, breaches and omissions, Ms. Bayonne is referring to Defendant Plan Administrator and Defendant Disability Department. Defendant Plan cannot be a fiduciary of itself.

Ms. Bayonne also files her Statement of Facts that are not in dispute, pursuant to F.R.C.P. Rule 56(c) and Local Rule 9(c)(1). Attached to her statement of facts is Appendix A, which is the administrative record as compiled by her as of the date of her June 11, 2003 Appeal. Also attached to her statement of facts is Appendix B, which is the supplemental administrative record as of August 8, 2003.

This case is about a serious abuse of fiduciary discretion. As the Memorandum of Law in Support sets forth in particular detail, the Defendants denied both short and long term disability benefits not based on objective medical findings. The Defendants intentionally, arbitrarily and capriciously ignored the medical evidence of Ms. Bayonne's treating physicians, Defendants own physician consultants, and a detailed psychiatric/neurocognitive report produced by the her.

Ms. Bayonne respectfully requests the Court overturn the Defendants August 8, 2003 denial of long term disability benefits, pursuant to ERISA and the Pitney Bowes Inc. Long Term Disability Plan, and award her all appropriate equitable relief as set forth in the Revised Amended Complaint.

GERTRUDE BAYONNE
Plaintiff

By: *[signature]*
Mark P. Carey (ct17828)
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06890
(203) 255-4150 tel.
(203) 255-0380 fax.
Mcarey@capclaw.com
Her Attorney

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was delivered on this the 6th day of May, 2004 via United Parcel Service Second Day delivery, fee prepaid, to:

Theodore J. Tucci
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
Counsel for Defendants

Sandra R. McCandless
Joanne M. Krakora
Nichole A. Diller
Sonnenschein, Nath & Rosenthal, LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Counsel for Defendants

*[signature]*
Mark P. Carey