UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERTRUDE BAYONNE, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| v. | : 303 CV 0712 (WWE) |
| | : |
| PITNEY BOWES, INC., THE PITNEY | : |
| BOWES, INC. LONG TERM | : |
| DISABILITY PLAN, THE PITNEY | : |
| BOWES, INC. LONG TERM | : |
| DISABILITY PLAN | : |
| ADMINISTRATOR AND THE PITNEY | : |
| BOWES, INC. DISABILITY | : |
| DEPARTMENT, | : |
| | : |
| Defendants. | : MAY 28, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that the Defendants have manually filed the following document:

1. Defendants' Cross-Motion for Partial Summary Judgment;
2. Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Partial Summary Judgment and in Support of Cross-Motion for Partial Summary Judgment;
3. Defendants' Local Rule 56(a)(1) Statement of Undisputed Material Facts in Support of Cross-Motion for Partial Summary Judgment;
4. Local Rule 56(a)(2) Statement in Response to Plaintiff's Statement in Support of Motion for Partial Summary Judgment on Her ERISA Section 502(a)(1)(B) and (a)(3) Claims;
5. Defendants' Objections to Evidence Submitted in Support of Plaintiff's Motion for Partial Summary Judgment;
6. Defendants' Appendix of Exhibits in Support of its Cross-Motion for Partial Summary Judgment

These documents have not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes. This document has been manually served on all parties.

- 2 -

DEFENDANTS

By *[signature: Erin O'B Choquette]*
Theodore J. Tucci (ct05249)
ttucci@rc.com
Erin O'Brien Choquette (ct18585)
echoquette@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Tel. No.: (860) 275-8210
Fax No.: (860) 275-8299

Nicole A. Diller (ct25573)
ndiller@sonnenschein.com
Sandra R. McCandless (ct16494)
smccandless@sonnenschein.com
Joanne M. Krakora (ct25574)
jkrakora@sonnenschein.com
Sonnenschein Nath & Rosenthal LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Tel. No.: (415) 882-5000
Fax No.: (415) 543-5472

Attorneys for Defendants

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleadings were mailed via first class mail, postage prepaid, to counsel for Plaintiff addressed as follows:

> Mark P. Carey
> Carey & Associates, P.C.
> 71 Old Post Road South, Suite One
> Southport, CT 06890

this 28th day of May 2004.

_____
Erin O'Brien Choquette