UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERTRUDE BAYONNE, | : |
| | : |
| Plaintiff, | : |
| | :  CIVIL ACTION NO. |
| v. | :  303 CV 0712 (WWE) |
| | : |
| PITNEY BOWES, INC., THE PITNEY | : |
| BOWES, INC. LONG TERM | : |
| DISABILITY PLAN, THE PITNEY | : |
| BOWES, INC. LONG TERM | : |
| DISABILITY PLAN | : |
| ADMINISTRATOR AND THE PITNEY | : |
| BOWES, INC. DISABILITY | : |
| DEPARTMENT, | : |
| | : |
| Defendants. | :  JUNE 14, 2004 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME FOR FILING OF DISPOSITIVE MOTIONS

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, and Rule 7(b)(1) of the Local Rules of Civil Procedure, the Defendants in the above-captioned matter respectfully request the Court extend the deadline for filing dispositive motions until October 15, 2004. On May 6, 2004, this Court granted plaintiff's motion to extend the June 1, 2004, discovery deadline in this case to September 1, 2004. Previously, the Court had set a June 1, 2004, discovery completion deadline and August 2, 2004, for the filing of dispositive motions. Plaintiff had not requested an extension of the previous dispositive motion deadline, and the Court therefore did not address the dispositive motion deadline in its May 6 ruling.

Defendants now respectfully request that the Court extend the dispositive motion deadline to October 15, 2004. Good cause exists for this extension in that, consistent with the discovery and dispositive motion deadlines in effect prior to plaintiff's request that discovery be extended, the deadline for dispositive motions should post-date the close of discovery. Plaintiff's counsel has advised counsel for defendants that he has no objection to this extension of the deadline for the filing of dispositive motions. Accordingly, Defendants request an extension of the deadline for filing of dispositive motions from August 2, 2004, to October 15, 2004.

*/s/ Erin O'B. Choquette*
Theodore J. Tucci (ct05249)
ttucci@rc.com
Erin O'Brien Choquette (ct18585)
echoquette@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Tel. No.: (860) 275-8210
Fax No.: (860) 275-8299

Nicole A. Diller (ct25573)
ndiller@sonnenschein.com
Sandra R. McCandless (ct16494)
smccandless@sonnenschein.com
Joanne M. Krakora (ct25574)
jkrakora@sonnenschein.com
Sonnenschein Nath & Rosenthal LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Tel. No.: (415) 882-5000
Fax No.: (415) 543-5472

Attorneys for Defendants

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Defendants' Motion for Extension of Time for Filing of Dispositive Motions was mailed via first class mail, postage prepaid, to counsel for Plaintiff addressed as follows:

>Mark P. Carey
>Carey & Associates, P.C.
>71 Old Post Road South, Suite One
>Southport, CT 06890

this 14th day of June 2004.

Erin O'Brien Choquette