UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERTRUDE BAYONNE,<br>　　　　Plaintiff, | : |
| | : 　Civ. Action No.<br>　　3:03CV0712(WWE) |
| v. | : |
| PITNEY BOWES, INC. &<br>THE PITNEY BOWES, INC.<br>LONG TERM DISABILITY PLAN,<br>THE PITNEY BOWES, INC. LONG<br>TERM DISABILITY PLAN<br>ADMINISTRATOR AND THE<br>PITNEY BOWES, INC.<br>DISABILITY DEPARTMENT,<br>　　　　Defendants. | :<br><br>:<br><br>:<br><br>:<br><br>: 　JUNE 15, 2004 |

**PLAINTIFFS' MOTION FOR EXTENSION
OF TIME TO FILE AN OPPOSITION TO DEFENDANTS' CROSS
MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS DEADLINE TO
FILE REPLY BRIEF**

Plaintiff Gertrude Bayonne hereby respectfully requests an extension of time to file an opposition to Defendants' Cross Motion for Summary Judgment, pursuant to Local Rule 9. Defendants filed a Cross Motion for Summary Judgment on May 28, 2004 and served by mail on that date. The original deadline to file Plaintiff's Opposition Brief is June 21, 2004. Plaintiff respectfully requests a twenty-one day (21) extension of time until July 12, 2004 to file her Memorandum in Opposition.

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

Plaintiff asserts good cause exists for granting the instant motion. Plaintiff asserts the following: (1) the undersigned requires additional time to review the facts and legal arguments set forth in Defendants Cross Motion for Summary Judgment; (2) the undersigned is required to file a Motion for Summary Judgment in an unrelated case (Boehm v. Cornell University LTD Plan et.al., 04 CIV 0911(WHP)(S.D.N.Y.)) by June 30, 2004; (3) the undersigned has been preparing an Opposition Memorandum of Law to a Cross Motion for Summary Judgment in an unrelated case (Milde v. Town of Greenwich Housing Authority, et.al., 3:00CV2423(AVC)(D.Conn.), which was filed on June 14, 2004.

Plaintiff has contacted counsel for the Defendants on this date, who consented to the instant motion.

Defendants have also requested permission to file their Reply Brief on July 26, 2004, which is still within the Local Rule 9(g) time limits. Plaintiff has consent to Defendants' request.

PLAINTIFF,
GERTRUDE BAYONNE

By: _____
Mark P. Carey (ct17828)
Carey & Associates, P.C.
Attorneys At Law
71 Old Post Road, Suite One
Southport, CT 06490
(203) 255-4150 tel.
(203) 255-0380 fax.
Mcareyesq@MPCAssoc.com

Her Attorney

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY, that the foregoing was delivered via first class mail, postage prepaid, this the 15th day of June, 2004 to:

Theodore J. Tucci
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103

Nicole A. Diller
Sonnenschein, Nath & Rosenthal, LLP
685 Market Street, 6th Floor
San Francisco, CA 94105

Attorneys for Defendants

Mark P. Carey