#56

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 15 P 1: 07
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | | |
|---|---|---|
| **GERTRUDE BAYONNE,** | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 303 CV 0712 (WWE) |
| **PITNEY BOWES, INC., THE PITNEY BOWES, INC. LONG TERM DISABILITY PLAN, THE PITNEY BOWES, INC. LONG TERM DISABILITY PLAN ADMINISTRATOR AND THE PITNEY BOWES, INC. DISABILITY DEPARTMENT,** | : | |
| Defendants. | : | JUNE 14, 2004 |

6-17-04 Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge

FILED 2004 JUN 17 A 10: 25
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
FOR FILING OF DISPOSITIVE MOTIONS**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, and Rule 7(b)(1) of the Local Rules of Civil Procedure, the Defendants in the above-captioned matter respectfully request the Court extend the deadline for filing dispositive motions until October 15, 2004. On May 6, 2004, this Court granted plaintiff's motion to extend the June 1, 2004, discovery deadline in this case to September 1, 2004. Previously, the Court had set a June 1, 2004, discovery completion deadline and August 2, 2004, for the filing of dispositive motions. Plaintiff had not requested an extension of the previous dispositive motion deadline, and the Court therefore did not address the dispositive motion deadline in its May 6 ruling.