UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 16  A 10: 12
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| GERTRUDE BAYONNE, | : | |
| Plaintiff, | : | |
| | : | Civ. Action No. 3:03CV0712(WWE) |
| v. | : | |
| PITNEY BOWES, INC. & THE PITNEY BOWES, INC. LONG TERM DISABILITY PLAN, THE PITNEY BOWES, INC. LONG TERM DISABILITY PLAN ADMINISTRATOR AND THE PITNEY BOWES, INC. DISABILITY DEPARTMENT, | : | |
| Defendants. | : | JUNE 15, 2004 |

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
6-21-04

**PLAINTIFFS' MOTION FOR EXTENSION
OF TIME TO FILE AN OPPOSITION TO DEFENDANTS' CROSS
MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS DEADLINE TO
FILE REPLY BRIEF**

Plaintiff Gertrude Bayonne hereby respectfully requests an extension of time to file an opposition to Defendants' Cross Motion for Summary Judgment, pursuant to Local Rule 9. Defendants filed a Cross Motion for Summary Judgment on May 28, 2004 and served by mail on that date. The original deadline to file Plaintiff's Opposition Brief is June 21, 2004. Plaintiff respectfully requests a twenty-one day (21) extension of time until July 12, 2004 to file her Memorandum in Opposition.

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

FILED
2004 JUN 21 P
U.S. DISTRICT COURT
BRIDGEPORT, CO