UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERTRUDE BAYONNE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Docket No. 303 CV 0712 (WWE) |
| | : | |
| PITNEY BOWES INC., et al., | : | |
| | : | |
| Defendants. | : | JULY 15, 2004 |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that the undersigned attorney has changed law firm affiliation. The new firm information is as follows:

>Morgan Lewis & Bockius
>One Market
>Spear Street Tower
>San Francisco, CA 94105

By _____
Nicole A. Diller
*Attorney for Defendants*
Morgan Lewis & Bockius
One Market
Spear Street Tower
San Francisco, CA 94105
Tel.: (415) 442-1000
Fax: (415) 442-1001

STM_7133634_1.DOC/JSTRETTON

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing NOTICE OF CHANGE OF LAW FIRM AFFILIATION was mailed via first class mail, postage prepaid to:

Mark P. Carey
Carey & Associates, P.C.
71 Old Post Road South, Suite One
Southport, CT 06890

Theodore J. Tucci
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

Sandra R. McCandless
Sonnenschein Nath & Rosenthal-CA
685 Market Street, 10th Floor
San Francisco, CA 94105

this 15 day of July, 2004.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nicole A. Diller