UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERTRUDE BAYONNE, | : |
| Plaintiff, | : |
| v. | : Docket No. 303 CV 0712 (WWE) |
| PITNEY BOWES INC., | : |
| Defendant. | : JULY 15, 2004 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned, pursuant to Local Rule 7(e), hereby moves the court to withdraw her appearance in the above-captioned civil action. Defendants Pitney Bowes Inc., the Pitney Bowes Inc. Long Term Disability Plan and the Pitney Bowes Inc. Long Term Disability Plan Administrator will continue to be represented in this action by Nicole Diller of Morgan, Lewis & Bockius, One Market, Spear Street Tower, San Francisco, CA 94105.

WHEREFORE, the undersigned moves for a withdrawal of the appearance of Sandra R. McCandless of Sonnenschein, Nath & Rosenthal on behalf of Defendants Pitney Bowes Inc., the Pitney Bowes Inc. Long Term Disability Plan and the Pitney Bowes Inc. Long Term Disability Plan Administrator.

RESPECTFULLY SUBMITTED,

_____
Sandra R. McCandless
smccandless@sonnenschein.com
Sonnenschein Nath & Rosenthal
685 Market St. 10th Fl.
San Francisco, CA 94105
415-882-2412
415-543-5472 (fax)

STM_7133631_1.DOC/JSTRETTON

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Withdraw Appearance was mailed via first class mail, postage prepaid to:

    Mark P. Carey
    Carey & Associates, P.C.
    71 Old Post Road South, Suite One
    Southport, CT 06890

    Theodore J. Tucci
    Robinson & Cole
    280 Trumbull Street
    Hartford, CT 06103

    Nicole A. Diller
    Morgan Lewis & Bokius
    One Market
    Spear Street Tower
    San Francisco, CA 94105

this 16th day of July, 2004.

_____
Sandra R. McCandless