# United States District Court

### DISTRICT OF CONNECTICUT

GERTRUDE BAYONNE,

    PLAINTIFF,

v.

PITNEY BOWES INC.,

    DEFENDANT.

**APPEARANCE**

CASE NUMBER: 3:03 CV 0712 (WWE)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    DEFENDANT PITNEY BOWES INC.

July 23, 2005
*Date*

ct 19902
    *Bar number*

*Signature*

John G. Stretton
*Print Name*
EDWARDS & ANGELL LLP

*Address*
Three Stamford Plaza
301 Tresser Blvd.

| City | State | Zip Code |
|---|---|---|
| Stamford | CT | 06901 |

(203) 353-6844
*Phone Number*
jstretton@edwardsangell.com
*email address*

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Appearance was mailed via first class mail, postage prepaid to:

>Mark P. Carey
>Carey & Associates, P.C.
>71 Old Post Road, Suite One
>Southport, CT 06890
>
>Theodore J. Tucci
>Robinson & Cole
>280 Trumbull Street
>Hartford, CT 06103
>
>Nicole A. Diller
>Morgan Lewis & Bockius
>One Market
>Spear Street Tower
>San Francisco, CA 94105

this 23rd day of July, 2004.

_____
John G. Stretton