# United States District Court

### DISTRICT OF
CONNECTICUT

| | |
|---|---|
| GERTRUDE BAYONNE, | **APPEARANCE** |
| PLAINTIFF, | |
| v. | |
| PITNEY BOWES INC., | CASE NUMBER: 3:03 CV 0712 (WWE) |
| DEFENDANT. | |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

DEFENDANT PITNEY BOWES INC.

July 23, 2004
_Date_

*Signature* [signed: Marc L. Zaken]

Marc L. Zaken
*Print Name*
EDWARDS & ANGELL LLP

ct 03110
   *Bar number*

*Address*
Three Stamford Plaza
301 Tresser Blvd.

| City | State | Zip Code |
|---|---|---|
| Stamford | CT | 06901 |

(203) 353-6819
*Phone Number*
mzaken@edwardsangell.com
email address

NYC_147458_1/MZAKEN

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Appearance was mailed via first class mail, postage prepaid to:

>Mark P. Carey
>Carey & Associates, P.C.
>71 Old Post Road, Suite One
>Southport, CT 06890
>
>Theodore J. Tucci
>Robinson & Cole
>280 Trumbull Street
>Hartford, CT 06103
>
>Nicole A. Diller
>Morgan Lewis & Bockius
>One Market
>Spear Street Tower
>San Francisco, CA 94105

this 23rd day of July, 2004.

_____
Marc L. Zaken

NYC_147458_1/MZAKEN