

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUL 21 P 1: 20

U.S. DISTRICT COURT
BRIDGEPORT, CONN

GERTRUDE BAYONNE,

        Plaintiff,

v.

PITNEY BOWES INC.,

        Defendant.

Docket No. 303 CV 0712 (WWE)

JULY 15, 2004

## MOTION TO WITHDRAW APPEARANCE

The undersigned, pursuant to Local Rule 7(e), hereby moves the court to withdraw her appearance in the above-captioned civil action. Defendants Pitney Bowes Inc., the Pitney Bowes Inc. Long Term Disability Plan and the Pitney Bowes Inc. Long Term Disability Plan Administrator will continue to be represented in this action by Nicole Diller of Morgan, Lewis & Bockius, One Market, Spear Street Tower, San Francisco, CA 94105.

WHEREFORE, the undersigned moves for a withdrawal of the appearance of Sandra R. McCandless of Sonnenschein, Nath & Rosenthal on behalf of Defendants Pitney Bowes Inc., the Pitney Bowes Inc. Long Term Disability Plan and the Pitney Bowes Inc. Long Term Disability Plan Administrator.

*Motion GRANTED*
WARREN W. EGINTON
Senior United States District Judge

RESPECTFULLY SUBMITTED,

_____
Sandra R. McCandless
smccandless@sonnenschein.com
Sonnenschein Nath & Rosenthal
685 Market St. 10th Fl.
San Francisco, CA 94105
415-882-2412
415-543-5472 (fax)

FILED
2004 JUL 26 P 2: 11
U.S. DISTRICT COURT
BRIDGEPORT, CONN

STM_7133631_1.DOC/JSTRETTON