UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERTRUDE BAYONNE, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| v. | : 303 CV 0712 (WWE) |
| | : |
| PITNEY BOWES, INC., THE PITNEY BOWES, INC. LONG TERM DISABILITY PLAN, THE PITNEY BOWES, INC. LONG TERM DISABILITY PLAN ADMINISTRATOR AND THE PITNEY BOWES, INC. DISABILITY DEPARTMENT, | : |
| | : |
| Defendants. | : JULY 26, 2004 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCES

Pursuant to D. Conn. L. Civ. R. 15, Attorney Theodore J. Tucci and Attorney Erin O'Brien Choquette hereby move for leave to withdraw their appearances on behalf of the defendants in the above matter.

Attorneys Tucci and Choquette have been acting as local counsel for the defendants, assisting their co-lead counsel of record, Nicole A. Diller and Joanne M. Krakora of Morgan Lewis & Bockius, LLP. They filed their appearances in this matter on February 11, 2004. Attorneys John G. Stretton and Marc L. Zaken, of Edwards & Angell, have now filed their appearance on behalf of the defendants. Because Attorney Stretton and Attorney Zaken will now be acting as the defendants' local counsel, the undersigned request that this motion for leave to

- 2 -

withdraw their appearances be granted. A copy of this motion is being sent by certified mail to counsel for the plaintiff.

By _____
Theodore J. Tucci (ct05249)
ttucci@rc.com

By _____
Erin O'Brien Choquette (ct 18587)
echoquette@rc.com

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, to the following on this 26th day of July 2004:

Mark P. Carey
Carey & Associates, P.C.
71 Old Post Road South, Suite One
Southport, CT 06890

Nicole A. Diller
Morgan Lewis & Bockius
One Market, Spear Tower
San Francisco, CA 94105

_____
Erin O'Brien Choquette