UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERTRUDE BAYONNE, | : |
| Plaintiff, | : |
| v. | : Docket No. 3:03 CV 0712 (WWE) |
| PITNEY BOWES INC., | : |
| Defendant. | : July 29, 2004 |

### UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Local Rule 9(b), Defendant Pitney Bowes Inc. moves to modify the scheduling order applicable to this matter. The requested modification seeks to extend by ninety days the discovery and dispositive motion deadlines. In support of this request, Defendant avers as follows:

1. Plaintiff consents to the proposed modification;

2. This is Defendant's second request to modify the scheduling order. The first request sought only to clarify an oversight created when Plaintiff sought to extend the discovery deadline but failed to request an extension of the dispositive motion deadline. As a result, the scheduling order permitted the deadline for dispositive motions to expire prior to the close of discovery;

3. The present request to modify the scheduling order is necessary to allow the parties time to complete discovery and prepare for the filing of dispositive motions in a orderly and efficient manner. In addition, the undersigned attorney just recently filed an appearance in this matter on July 26, 2004 and is presently in the process of obtaining and reviewing the file on this matter. Additional time is needed in order to allow Defendant's new

counsel time review all pleadings and discovery materials filed and exchanged to date, a task which will be very difficult to complete prior to September 1, 2004, the date discovery is presently set to close. Further, the additional time requested to complete discovery will ease the scheduling constraints presently surrounding the depositions that need to be completed in this matter before the close of discovery.

WHEREFORE, Defendant Pitney Bowes Inc. respectfully requests that the Court enter an order modifying the Scheduling Order in this action as follows:

(1) **December 1, 2004:**     Discovery cutoff.

(2) **January 15, 2005:**     Dispositive motion deadline.

THE DEFENDANT
PITNEY BOWES, INC.
BY EDWARDS & ANGELL LLP
ITS ATTORNEYS

By_____
John G. Stretton
Fed. Bar No. 19902
Edwards & Angell LLP
301 Tresser Boulevard
Stamford, CT 06901
Telephone: (203) 353-6844
Fax: (800) 232-0862
E-Mail: jstretton@EdwardsAngell.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER has been sent via first class mail, postage prepaid to:

Mark P. Carey
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06890

Theodore J. Tucci
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

Nicole A. Diller
Morgan Lewis & Bockius
One Market
Spear Street Tower
San Francisco, CA 94105

this 30th day of July, 2004.

_____
John G. Stretton