UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG -2 P 1:27
U.S. DISTRICT COURT
BRIDGEPORT, CONN

GERTRUDE BAYONNE, :
:
Plaintiff, :
:
v. : Docket No. 3:03 CV 0712 (WWE)
:
PITNEY BOWES INC., :
:
Defendant. : July 29, 2004

Motion Granted.
Discovery cutoff date 12-1-2004
Dispositive Motions due by 1-15-2005
SO ORDERED
8/5/200_ /s/ Warren W. Eginton, Sr. U.S.D.J.

### UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Local Rule 9(b), Defendant Pitney Bowes Inc. moves to modify the scheduling order applicable to this matter. The requested modification seeks to extend by ninety days the discovery and dispositive motion deadlines. In support of this request, Defendant avers as follows:

1. Plaintiff consents to the proposed modification;

2. This is Defendant's second request to modify the scheduling order. The first request sought only to clarify an oversight created when Plaintiff sought to extend the discovery deadline but failed to request an extension of the dispositive motion deadline. As a result, the scheduling order permitted the deadline for dispositive motions to expire prior to the close of discovery;

3. The present request to modify the scheduling order is necessary to allow the parties time to complete discovery and prepare for the filing of dispositive motions in a orderly and efficient manner. In addition, the undersigned attorney just recently filed an appearance in this matter on July 26, 2004 and is presently in the process of obtaining and reviewing the file on this matter. Additional time is needed in order to allow Defendant's new

STM_179881_1.doc/JSTRETTON