# United States District Court
## District of Connecticut

GERTRUDE BAYONNE
*Plaintiff*
v.

Case No. 3:03cv712 (WWE)

PITNEY BOWES, INC. Et al
*Defendant*

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the magistrate judge

____  A ruling on all pretrial motions except dispositive motions

____  To supervise discovery and resolve discovery disputes

_X_   A ruling on the following motions which are currently pending:
Doc# **73 MOTION TO COMPEL FURTHER RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

____  A settlement conference

____  A conference to discuss the following:

____  Other:

SO ORDERED this __22nd__ day of __September__, __2004__ at Bridgeport, Connecticut.

_____
Hon. Warren W. Eginton
SENIOR UNITED STATES DISTRICT COURT JUDGE