UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERTRUDE BAYONNE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Docket No. 303 CV 0712 (WWE) |
| | : | |
| PITNEY BOWES INC., | : | |
| | : | |
| Defendant. | : | September 27, 2004 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned, pursuant to Local Rule 7(e), hereby moves the Court to withdraw her appearance in the above-captioned civil action. Defendants Pitney Bowes Inc., the Pitney Bowes Inc. Long Term Disability Plan and the Pitney Bowes Inc. Long Term Disability Plan Administrator will continue to be represented in this action by Nicole Diller of Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, CA 94105.

WHEREFORE, the undersigned moves for a withdrawal of the appearance of Joanne Krakora of Morgan, Lewis & Bockius on behalf of Defendants Pitney Bowes Inc., the Pitney Bowes Inc. Long Term Disability Plan and the Pitney Bowes Inc. Long Term Disability Plan Administrator.

RESPECTFULLY SUBMITTED,

_____
Joanne Krakora
jkrakora@morganlewis.com
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
415-442-1000
415-442-1001 (e-fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Withdraw Appearance was mailed via first class mail, postage prepaid to:

Mark P. Carey
Carey & Associates, P.C.
71 Old Post Road South, Suite One
Southport, CT 06890

Mark Zaken
John Stretton
Edwards & Angell LLP
Three Stamford Plaza
301 Tresser Blvd., Suite 1310
Stamford, CT 06901

this 27 day of September 2004.

_____
Nicole A. Diller