UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERTRUDE BAYONNE, | : | |
| Plaintiff, | : | Civ. Action No. |
| | : | 3:03CV0712(WWE) |
| v. | : | |
| PITNEY BOWES, INC., | : | |
| Defendant. | : | SEPTEMBER 24, 2004 |

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL AND JOINT MOTION TO EXTEND DISCOVERY

Plaintiff Gertrude Bayonne hereby respectfully requests an extension of time to file a Memorandum of Law in Opposition to the Defendants' Motion to Compel dated September 7, 2004, pursuant to Local Civil Rule 9(b). Plaintiff requests an additional thirty (30) days from the date the original responsive pleading was due to be filed, October 1, 2004. The Defendants motion failed to include a certification page, thus the undersign can only presume the deadline is twenty days from the date of the motion, plus three days for delivery by first class mail. The proposed new deadline for filing Plaintiff's memorandum of law in opposition will be up to and including October 31, 2004.

Plaintiff asserts that good cause exists for granting the instant motion: 1) Plaintiff's counsel needs additional time to prepare a responsive pleading to Defendants Motion to Compel; 2) the undersigned has previously scheduled a lengthy vacation; and

3) the undersigned has had preexisting litigation work to be completed prior to vacation which prevent the review and preparation of a responsive brief.

Counsel for Plaintiff contacted counsel for the Defendant on September 23, 2004, who consented to the instant motions.

Plaintiff also moves to extend the deadline for completion of discovery by thirty (30) days, from the current deadline of January 15, 2005. The new proposed deadline will be February 14, 2005. This is a joint motion, proposed by the Defendants, and communicated to the undersigned on September 23, 2004, who consent. This is the parties first joint motion for extension of the discovery deadline.

This is Plaintiff's first request for an extension of time to file a responsive pleading to the Defendants' Motion to Compell.

Dated: Southport, CT
September 24, 2004

PLAINTIFF,
GERTRUDE BAYONNE

By: _____
Mark P. Carey (ct17828)
Carey & Associates, P.C.
Attorneys At Law
71 Old Post Road, Suite One
Southport, CT 06490
(203) 255-4150 tel.
(203) 255-0380 fax.
Mcarey@capclaw.com

Attorney for Plaintiff

2

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY, that the foregoing was delivered via first class mail, postage prepaid, this the 24th day of September, 2004 to:

John Stretton
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901

_____
Mark P. Carey