UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

GERTRUDE BAYONNE,

    Plaintiff,

v.

[PI]TNEY BOWES INC.,

    Defendant.

2004 SEP 30 A 11: 53

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Docket No. 303 CV 0712 (WWE)

September 27, 2004

**Motion Granted.**
**WARREN W. EGINTON**
Senior United States District Judge

## MOTION TO WITHDRAW APPEARANCE

The undersigned, pursuant to Local Rule 7(e), hereby moves the Court to withdraw her appearance in the above-captioned civil action. Defendants Pitney Bowes Inc., the Pitney Bowes Inc. Long Term Disability Plan and the Pitney Bowes Inc. Long Term Disability Plan Administrator will continue to be represented in this action by Nicole Diller of Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, CA 94105.

WHEREFORE, the undersigned moves for a withdrawal of the appearance of Joanne Krakora of Morgan, Lewis & Bockius on behalf of Defendants Pitney Bowes Inc., the Pitney Bowes Inc. Long Term Disability Plan and the Pitney Bowes Inc. Long Term Disability Plan Administrator.

FILED
2004 OCT -5 A 3:23
U.S. DISTRICT COURT

RESPECTFULLY SUBMITTED,

_____
Joanne Krakora
jkrakora@morganlewis.com
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
415-442-1000
415-442-1001 (e-fax)