FILED

2004 OCT 22 P 12:06

U.S. DISTRICT COURT
BRIDGEPORT, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERTRUDE BAYONNE, | : |
| Plaintiff, | : DOCKET NO. 303 CV 0712 (WWE) |
| v. | : |
| PITNEY BOWES INC., et al. | : |
| Defendants. | : |
| | : October 18, 2004 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Conn. L. Civ. R. 83.1(d), Defendant Pitney Bowes Inc., through counsel, moves the Court to admit Donald P. Sullivan as counsel of record, *pro hac vice*, on its behalf.

In support of this motion, Defendant states that Donald P. Sullivan of Morgan, Lewis & Bockius LLP is a member in good standing of the California Bar. Morgan, Lewis & Bockius LLP is associated in this civil action with the undersigned co-counsel, John G. Stretton, who is admitted to practice before this Court. An Affidavit in accordance with D. Conn. L. Civ. R. 83.1(d)(1) of the United States District Court for the District of Connecticut is attached hereto as Exhibit A.

The granting of this motion will not require modification of a scheduling order entered pursuant to Federal Rule of Civil Procedure 16(b) or the deadlines established by the standing order on scheduling in civil cases. This motion is accompanied by payment to the Clerk of this Court of a fee of twenty-five dollars ($25.00) in connection with the motion for admission of Attorney Sullivan.

RESPECTFULLY SUBMITTED,

*[signature]*

John G. Stretton (ct 19902)
jstretton@EdwardsAngell.com
Edwards & Angell LLP
301 Tresser Blvd., Suite 1310
Stamford, CT 06901
Tel. No.: (203) 353-6844
Fax No.: (800) 232-0862

Attorneys for PITNEY BOWES INC.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Admission Pro Hac Vice was mailed via first class mail, postage prepaid to counsel for Plaintiff, addressed as follows:

> Mark P. Carey
> Carey & Associates, P.C.
> 71 Old Post Road South, Suite One
> Southport, CT 06890

this 21st day of October, 2004.

*[signature]*

John G. Stretton

1-SF/7157126.1

- 2 -

THE
STATE BAR
OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

August 30, 2004

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DONALD PATRICK SULLIVAN was admitted to the practice of law in this state by the Supreme Court of California on December 9, 1997; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records