UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 OCT 22 P 12: 06

U.S. DISTRICT COURT

| | | |
|---|---|---|
| **GERTRUDE BAYONNE,** | : | |
| Plaintiff, | : | DOCKET NO. 303 CV 0712 (WWE) |
| v. | : | |
| **PITNEY BOWES INC., et al.** | : | |
| Defendants. | : | |
| | : | October 18, 2004 |

### AFFIDAVIT OF DONALD P. SULLIVAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Donald P. Sullivan, having been duly sworn, says:

1. I submit this Affidavit in support of the motion for admission *pro hac vice* as counsel on behalf of Defendant Pitney Bowes Inc. ("Defendant").

2. I am an associate at the law firm of Morgan, Lewis & Bockius, LLP, with offices at One Market, Spear Street Tower, San Francisco, CA 94105, and counsel for the Defendant. My business telephone number is 415-442-1323, my business facsimile number is 415-442-1001, and my email address is dpsullivan@morganlewis.com.

3. I was admitted to the bar of the State of California on December 9, 1997, and am an active member in good standing (State Bar No. 191080).

4. In addition, I was admitted to practice at the bars of the United States Court of Appeals for the Ninth Circuit on January 11, 1999, United States District Court for the Northern District of California on January 22, 1999, United States District Court for the Central District of

California on April 26, 1999, United States District Court for the Eastern District of California on April 27, 1999, and United States District Court for the District of Colorado on July 9, 2003. I am in good standing at the bar of each of these courts.

5. There are no disciplinary actions presently pending against me, nor have any disciplinary actions ever been initiated against me in this or any state or federal court. I have not been denied admission to this court or any state or federal court. I am not disbarred nor have I ever been disbarred from practice in any state or federal court, nor have I been held in contempt or otherwise disciplined or sanctioned by any court.

6. I am not now nor have I ever been the subject of any criminal proceedings.

7. I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Connecticut.

8. I have associated with Mark Zaken and John G. Stretton of Edwards & Angell LLP (301 Tresser Blvd., Suite 1310, Stamford, CT 06901, Tel. No.: (203) 353-6844, both members in good standing of the bar of the State of Connecticut, who are co-counsel for Defendant Pitney Bowes Inc.

9. Mark Zaken or John G. Stretton will sign all pleadings, motions and briefs and other documents served or filed in this action to the extent not electronically filed.

///

///

///

///

///

10.    In light of the foregoing, I respectfully request, on behalf of Pitney Bowes Inc., that I be admitted *pro hac vice* for the purpose of representing it in this matter in association with Connecticut co-counsel. I agree to be bound by the rules governing practice in the Connecticut courts, including the disciplinary rules.

I declare under penalty of perjury that the foregoing is true and accurate.

_____
Donald P. Sullivan

Subscribed and sworn to before me this 18th day of October, 2004.

_____
Notary Public

LISA O. RIVERS
Commission # 1327258
Notary Public — California
San Francisco County
My Comm. Expires Oct 28, 2005

1-SF/7157116.1