UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERTRUDE BAYONNE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Docket No. 303 CV 0712 (WWE) |
| | : | |
| PITNEY BOWES INC., et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

## DEFENDANT'S SUPPLEMENTAL MOTION FOR COSTS AND FEES

Pursuant to the Court's January 13, 2005 Order awarding defendant Pitney Bowes Inc. ("Pitney Bowes") its reasonable costs and fees incurred in litigating its Motion to Compel Further Responses to Defendants' First Set of Interrogatories, Pitney Bowes respectfully moves this Court for an order awarding it $11,919.00 in costs and fees.

I.    Reasonable Costs and Fees Incurred

Pitney Bowes reasonably incurred a total of $11,919.00 in costs and fees litigating its Motion to Compel Further Responses to Defendants' First Set of Interrogatories. This sum includes legal fees charged by Pitney Bowes lead counsel, Morgan, Lewis & Bockius LLP ("Morgan Lewis"), in the amount of $8284.50. Affidavit of Nicole A. Diller, ¶¶ 2-5, Exs. A-D. This sum also includes legal fees charged by Pitney Bowes local counsel, Edwards & Angell LLP, in the amount of $2878.50. Declaration of John G. Stretton ("Stretton Decl."), ¶ 2, Exs. A. Finally, the sum also includes legal fees of $756 charged by Morgan Lewis in the preparation of this Motion and supporting affidavits. Declaration of Donald P. Sullivan, ¶¶ 2-4.

Based on the foregoing and the attached affidavits of Nicole A. Diller, John G. Stretton, and Donald P. Sullivan, Pitney Bowes respectfully requests that the Court enter an order granting it $11,919.00 in reasonable costs and fees.

By _____

John G. Stretton (Fed. Bar No. 19902)
Edwards & Angell LLP
301 Tresser Boulevard
Stamford, CT 06901
Tel: (203) 353-6844
Fax: (800) 232-0862
Email: jstretton@edwardsangell.com

Nicole A. Diller (admitted pro hac vice)
Donald P. Sullivan (admitted pro hac vice)
Morgan Lewis & Bockius
One Market, Spear Street Tower
San Francisco, CA 94105
Tel.: (415) 442-1000
Fax: (415) 442-1001
Email: ndiller@morganlewis.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing DEFENDANT'S SUPPLEMENTAL

MOTION FOR COSTS AND FEES was mailed via first class mail, postage prepaid to counsel

for the Plaintiff, addressed as follows:


Mark P. Carey
Carey & Associates, P.C.
71 Old Post Road South, Suite One
Southport, CT 06890


this ___21st___ day of January, 2005.

_____

John G. Stretton

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERTRUDE BAYONNE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Docket No. 3:03 CV0712 (WWE) |
| | : | |
| PITNEY BOWES INC., et al, | : | |
| | : | |
| Defendants. | : | |

### AFFIDAVIT OF JOHN G. STRETTON IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL MOTION FOR COSTS AND FEES

John G. Stretton, having been duly sworn, says:

1.      I submit this affidavit in connection with Pitney Bowes Inc.'s Supplemental Motion for Costs and Fees. I am a member of the law firm of Edwards & Angell LLP ("Edwards & Angell"), counsel of record for Pitney Bowes. I have personal knowledge of the facts set forth below.

2.      Attached hereto as Exhibit A is a true and correct copy of the relevant portions of Pitney Bowes' January 21, 2005 statement showing that Edwards & Angell billed Pitney Bowes $2878.50 in legal fees in connection with Pitney Bowes' Motion to Compel Further Responses to Defendants' First Set of Interrogatories.

I declare under penalty of perjury that the foregoing is true and accurate.

_____
John G. Stretton

Subscribed and sworn to before me this 21st day of January, 2005.

_Karen J. Chapman_
_____
Notary Public

**KAREN J. CHAPMAN**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JAN. 31, 2009

STM_187148_1.DOC/JSTRETTON

# EXHIBIT A

# Edwards *&*Angell LLP

3 Stamford Plaza 301 Tresser Blvd.  Stamford, CT  06901  203.975.7505  *fax* 203.975.7180
www.EdwardsAngell.com

# Invoice

*Wire Instructions:*
Fleet National Bank
Westminster St., Providence, RI  02903
ABA# 011500010 Acct# 15-6917009

*Remittance Address*
Department 956
P.O. Box 40000
Hartford, CT 06151

Fed. Id #05-0135015
**2518** PBOWES

Pitney Bowes Inc.
Attention: Rosalind M. Gordon, Esq.
World Headquarters
One Elmcroft Road
Stamford, CT06926

January 21, 2005

For Professional Services Rendered

49504/0002
Invoice # 681386

Gertrude Bayonne

Phase: L100/Case Assessment, Development and Administration
Task:  L190/Other Case Assessment,Development and Administration

| | | | | |
|---|---|---|---|---|
| 01/10/05 | J. STRETTON | 1.30 | Preparation for oral argument on Motion to Compel; telephone conference with district court law clerk regarding Motion to Compel; review position statement submitted by Plaintiff regarding Motion to Compel; conference with M. Zaken regarding litigation strategy. | $370.50 |

L100/L190 Fees     $370.50

Phase: L200/Pre-Trial Pleadings and Motions
Task:  L230/Court Mandated Conferences

| | | | | |
|---|---|---|---|---|
| 01/12/05 | J. STRETTON | 2.40 | Preparation for oral argument on Motion to Compel; review deposition transcript of Plaintiff. | $684.00 |

Invoice # 681386
Pitney Bowes Inc.
January 21, 2005

REDACTED

| 01/11/05 | J. STRETTON | 2.50 | Preparation for Oral argument on Motion to Compel; preparation of position statement on Motion to Compel. | $712.50 |
| 01/13/05 | J. STRETTON | 3.90 | Preparation for and representation at hearing on Motion to Compel; review deposition transcript of Plaintiff. | $1,111.50 |

Invoice # 681386
Pitney Bowes Inc.
January 21, 2005

REDACTED

Invoice # 681386
Pitney Bowes Inc.
January 21, 2005

REDACTED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GERTRUDE BAYONNE,                          :
                                           :
                    Plaintiff,             :
                                           :
          v.                               :      Docket No. 303 CV 0712 (WWE)
                                           :
PITNEY BOWES INC., et al.,                 :
                                           :
                                           :
                    Defendants.            :


## AFFIDAVIT OF DONALD P. SULLIVAN IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL MOTION FOR COSTS AND FEES


Donald P. Sullivan, having been duly sworn, says:

1.      I submit this affidavit in connection with Pitney Bowes Inc.'s Supplemental

Motion for Costs and Fees.  I am an associate of the law firm of Morgan, Lewis & Bockius LLP

("Morgan Lewis"), counsel of record for Pitney Bowes.  I have personal knowledge of the facts

set forth below.

2.      On January 20, 2005, I reviewed the monthly statements Morgan Lewis issued to

Pitney Bowes for professional services to determine the amount of legal fees Morgan Lewis

charged Pitney Bowes in connection with its Motion to Compel Further Responses to

Defendants' First Set of Interrogatories ("Motion to Compel").

3.      On the same day, I prepared Pitney Bowes' Supplemental Motion for Costs and

Fees, as well as the supporting affidavits of Nicole A. Diller and Donald P. Sullivan.

4.      My hourly billing rate is $315.00, and I spent 2.4 hours on the above described

/ / /

- 1 -

projects.  Consequently, Pitney Bowes has incurred an additional $756.00 in legal fees in

connection with the submission of its Supplemental Motion for Costs and Fees.

I declare under penalty of perjury that the foregoing is true and accurate.

_____
Donald P. Sullivan

Subscribed and sworn to before me this 21st day of January, 2005.

_____
Notary Public

LISA O. RIVERS
Commission # 1327258
Notary Public — California
San Francisco County
My Comm. Expires Oct 28, 2005

- 2 -

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GERTRUDE BAYONNE,          :

                                 :

             Plaintiff,        :

                                 :

          v.                :      Docket No. 303 CV 0712 (WWE)

                                 :

PITNEY BOWES INC., et al.,     :

                                 :

                                 :

            Defendants.      :

**AFFIDAVIT OF NICOLE A. DILLER IN SUPPORT OF DEFENDANTS'
SUPPLEMENTAL MOTION FOR COSTS AND FEES**

Nicole A. Diller, having been duly sworn, says:

1.     I submit this affidavit in connection with Pitney Bowes Inc.'s Supplemental

Motion for Costs and Fees.  I am a member of the law firm of Morgan, Lewis & Bockius LLP

("Morgan Lewis"), counsel of record for Pitney Bowes.  I have personal knowledge of the facts

set forth below.

2.     Attached hereto as Exhibit A is a true and correct copy of the relevant portions of

Pitney Bowes' August 31, 2004 statement showing that Morgan Lewis attorneys billed Pitney

Bowes $283.50 in legal fees in connection with Pitney Bowes' Motion to Compel Further

Responses to Defendants' First Set of Interrogatories ("Motion to Compel").

3.     Attached hereto as Exhibit B is a true and correct copy of the relevant portions of

Pitney Bowes' September 30, 2004 statement showing that Morgan Lewis attorneys billed Pitney

Bowes $5638.50 in legal fees in connection with Pitney Bowes' Motion to Compel.

4.     Attached hereto as Exhibit C is a true and correct copy of the relevant portions of

Pitney Bowes' October 25, 2004 statement showing that Morgan Lewis attorneys billed Pitney

Bowes $1,165.50 in legal fees in connection with Pitney Bowes' Motion to Compel.

5.    Attached hereto as Exhibit D is a true and correct copy of the relevant portions of Pitney Bowes' December 31, 2004 statement showing that Morgan Lewis attorneys billed Pitney Bowes $1,197.00 in legal fees in connection with Pitney Bowes' Motion to Compel.

I declare under penalty of perjury that the foregoing is true and accurate.

_____
Nicole A. Diller

Subscribed and sworn to before me this 21st day of January, 2005.

_____
Notary Public

LISA O. RIVERS
Commission # 1327258
Notary Public — California
San Francisco County
My Comm. Expires Oct 28, 2005

- 2 -

**EXHIBIT  A**

Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
Fed Tax ID: 23-0891050
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

August 31, 2004

Invoice No. 787433
Account No.  062074-0001

Rosalind M. Gordon, Esq.
Vice President and Human Resources Legal Counsel
Pitney Bowes Inc.
World Headquarters
1 Elmcroft Road MSC-63-35
Stamford, Connecticut  06926-0700

**Summary of Services for the period ended July 31, 2004:**

> **RE:  Bayonne**
>
> Fees
>
> Disbursements and Other Related Charges
>
> **Total Current Period Charges**
>
> **TOTAL AMOUNT DUE**

REDACTED

As our fiscal year will close on September  30, 2004, your
remittance of payment prior to that date will be most appreciated

# Morgan Lewis
### COUNSELORS AT LAW

August 31, 2004
Page 1

Invoice No. 787433
Account No. 062074-0001

**Detail for Fee Services Rendered**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

REDACTED

## Morgan Lewis
COUNSELORS AT LAW

August 31, 2004
Page 2

Invoice No. 787433
Account No. 062074-0001

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

REDACTED

# Morgan Lewis
### COUNSELORS AT LAW

August 31, 2004
Page 3

Invoice No. 787433
Account No. 062074-0001

| Date | Name | Description | Hours | Amount |
| --- | --- | --- | --- | --- |

REDACTED

## Morgan Lewis
COUNSELORS AT LAW

August 31, 2004
Page 4

Invoice No. 787433
Account No. 062074-0001

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

REDACTED

*Written Discovery*

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/16/04 | Krakora, J. M. | Draft correspondence to Carey regarding plaintiff's discovery responses. | .10 | 31.50 |
| 07/21/04 | Diller, N. | Telephone conference with Carey regarding meet and confer correspondence. | .10 | 31.50 |
| 07/21/04 | Diller, N. | Revise and finalize letter to Carey regarding insufficiency of interrogatory responses. | .20 | 63.00 |
| 07/21/04 | Krakora, J. M. | Draft correspondence to Carey regarding discovery responses. | .30 | 94.50 |
| 07/27/04 | Diller, N. | Telephone with Carey regarding responses to interrogatories and proposed stipulation regarding case management deadlines. | .20 | 63.00 |
| | *Subtotal Written Discovery* | | .90 | $283.50 |

REDACTED

**EXHIBIT  B**

Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
Fed Tax ID: 23-0891050
www.morganlewis.com

# Morgan Lewis
### COUNSELORS AT LAW

September 30, 2004

Invoice No. 796263
Account No.  062074-0001

Rosalind M. Gordon, Esq.
Vice President and Human Resources Legal Counsel
Pitney Bowes Inc.
World Headquarters
1 Elmcroft Road MSC-63-35
Stamford, Connecticut  06926-0700

**Summary of Services for the period ended August 31, 2004:**

      **RE:  Bayonne**
             **(Non-LTD Expense)**

        Fees

      Disbursements and Other Related Charges

         **Total Current Period Charges**

      Outstanding Invoices

         **TOTAL AMOUNT DUE**

REDACTED

# Morgan Lewis
### COUNSELORS AT LAW

September 30, 2004
Page 1

Invoice No. 796263
Account No. 062074-0001

## Detail for Fee Services Rendered

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|



| | | | | |
|------|------|-------------|-------|--------|
| *Written Discovery* | | | | |
| 08/13/04 | Krakora, J. M. | Research re adequacy of interrogatory responses that refer to pleadings or other documents. | 3.20 | 1,008.00 |
| | *Subtotal Written Discovery* | | *3.20* | *$1,008.00* |

# Morgan Lewis
### COUNSELORS AT LAW

September 30, 2004
Page 2

Invoice No. 796263
Account No. 062074-0001

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|



**Discovery Motions**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/09/04 | Diller, N. | Conference with Krakora re motion to compel. | .30 | 94.50 |
| 08/09/04 | Diller, N. | Draft correspondence to Zaken re motion to compel. | .30 | 94.50 |
| 08/16/04 | Krakora, J. M. | Draft motion to compel further responses to interrogatories. | 2.30 | 724.50 |
| 08/17/04 | Diller, N. | Review correspondence from Stretton re local rule requirements re motion to compel. | .10 | 31.50 |
| 08/17/04 | Krakora, J. M. | Further drafting of motion to compel further interrogatory responses. | 2.60 | 819.00 |
| 08/18/04 | Krakora, J. M. | Further drafting of motion to compel further responses to interrogatories. | 2.10 | 661.50 |
| 08/18/04 | Krakora, J. M. | Draft affidavit of Diller in support of motion to compel. | 1.40 | 441.00 |
| 08/19/04 | Krakora, J. M. | Further drafting of motion to compel further responses to interrogatories. | .70 | 220.50 |
| 08/20/04 | Diller, N. | Review and revise motion to compel papers. | .70 | 220.50 |
| 08/20/04 | Diller, N. | Review and respond to queries from Krakora regarding motion to compel issues. | .30 | 94.50 |
| 08/26/04 | Krakora, J. M. | Review and revise motion to compel further responses to interrogatories. | 1.20 | 378.00 |
| 08/26/04 | Krakora, J. M. | Review and revise affidavit of Diller in support of motion to compel. | .40 | 126.00 |
| 08/30/04 | Diller, N. | Revise motion to compel and related affidavit. | .60 | 189.00 |

# Morgan Lewis
### COUNSELORS AT LAW

September 30, 2004
Page 3

Invoice No. 796263
Account No. 062074-0001

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/31/04 | Diller, N. | Revise motion to compel and related papers. | 1.00 | 315.00 |
| 08/31/04 | Krakora, J. M. | Review and revise motion to compel further responses to interrogatories. | .70 | 220.50 |
| | | *Subtotal Discovery Motions* | *14.70* | *$4,630.50* |



**EXHIBIT  C**

Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
Fed Tax ID: 23-0891050
www.morganlewis.com

# Morgan Lewis
### COUNSELORS AT LAW

October 25, 2004

Invoice No. 799963
Account No.  062074-0001

Rosalind M. Gordon, Esq.
Vice President and Human Resources Legal Counsel
Pitney Bowes Inc.
World Headquarters
1 Elmcroft Road MSC-63-35
Stamford, Connecticut  06926-0700

**Summary of Services for the period ended September 30, 2004:**

    **RE:  Bayonne (LTD Expenses)**

      Fees

      Disbursements and Other Related Charges

        **Total Current Period Charges**

      Outstanding Invoices

        **TOTAL AMOUNT DUE**



Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
Fed Tax ID: 23-0891050
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Invoice No. 799963
Account No.  062074-0001

## REMITTANCE COPY

October 25, 2004

Rosalind M. Gordon, Esq.
Vice President and Human Resources Legal Counsel
Pitney Bowes Inc.
World Headquarters
1 Elmcroft Road MSC-63-35
Stamford, Connecticut  06926-0700

**Summary of Services for the period ended September 30, 2004:**

### RE:  Bayonne (LTD Expenses)

Fees

Disbursements and Other Related Charges

**Total Current Period Charges**

Outstanding Invoices

**TOTAL AMOUNT DUE**



Please send your remittance to:
**Morgan, Lewis & Bockius LLP**
Counselors at Law
P. O. Box 79356
City of Industry, CA 91716-9356
Federal Tax ID 23-0891050

Or please wire your remittance to:
**Wachovia Bank**
ABA# 031201467
Morgan, Lewis & Bockius LLP
Acct# 2100010985563
Swift Code: PNB PUS33

for ACH transfers:
ABA# 031000503
Acct# 2100010985563
Reference account number

# Morgan Lewis
### COUNSELORS AT LAW

October 25, 2004
Page 1

Invoice No. 799963
Account No. 062074-0001

### Detail for Fee Services Rendered

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|



# Morgan Lewis
COUNSELORS AT LAW

October 25, 2004
Page 2

Invoice No. 799963
Account No. 062074-0001

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

REDACTED

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/01/04 | Diller, N. | Revise motion to compel and related affidavit. | 2.20 | 693.00 |
| 09/01/04 | Diller, N. | Draft correspondence to counsel re review and finalization of motion to compel and related affidavit. | .20 | 63.00 |
| 09/02/04 | Diller, N. | Review bills and prebills to determine amount of legal fees relating to motion for purposes of fee request. | .20 | 63.00 |
| 09/03/04 | Diller, N. | Draft correspondence to Cooper re motion to compel. | .10 | 31.50 |
| 09/03/04 | Diller, N. | Review correspondence from Stretton re motion to compel and related affidavit. | .10 | 31.50 |
| 09/07/04 | Diller, N. | Draft correspondence to Stretton re filing of finalized motion to compel and related affidavit. | .10 | 31.50 |
| 09/07/04 | Diller, N. | Review and respond to correspondence from Cooper re motion to compel and related affidavit. | .20 | 63.00 |
| 09/07/04 | Diller, N. | Revise and finalize motion to compel and supporting affidavit. | .40 | 126.00 |
| 09/10/04 | Diller, N. | Review and respond to correspondence from Stretton re status of filing of motion to compel. | .20 | 63.00 |
| | *Subtotal Discovery Motions* | | *3.70* | *$1,165.50* |
| | **Matter Total** | | **9.50** | **$2,992.50** |

**EXHIBIT  D**

Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
Fed Tax ID: 23-0891050
www.morganlewis.com

# Morgan Lewis
### COUNSELORS AT LAW

December 31, 2004

Invoice No. 820106
Account No.  062074-0011

Rosalind M. Gordon, Esq.
Vice President and Human Resources Legal Counsel
Pitney Bowes Inc.
World Headquarters
1 Elmcroft Road MSC-63-35
Stamford, Connecticut  06926-0700

**Summary of Services for the period ended November 30, 2004:**

      **RE:  Bayonne (Non LTD Expenses)**

    Fees

        **Total Current Period Charges**

        **TOTAL AMOUNT DUE**

REDACTED

Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
Fed Tax ID: 23-0891050
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Invoice No. 820106
Account No.  062074-0011

## REMITTANCE COPY

December 31, 2004

Rosalind M. Gordon, Esq.
Vice President and Human Resources Legal Counsel
Pitney Bowes Inc.
World Headquarters
1 Elmcroft Road MSC-63-35
Stamford, Connecticut  06926-0700

**Summary of Services for the period ended November 30, 2004:**

**RE:  Bayonne (Non LTD Expenses)**

Fees

REDACTED

REDACTED

Please send your remittance to:
**Morgan, Lewis & Bockius LLP**
Counselors at Law
P. O. Box 79356
City of Industry, CA 91716-9356
Federal Tax ID 23-0891050

Or please wire your remittance to:
**Wachovia Bank**
ABA# 031201467
Morgan, Lewis & Bockius LLP
Acct# 2100010985563
Swift Code: PNB PUS33

for ACH transfers:
ABA# 031000503
Acct# 2100010985563
Reference account number

# Morgan Lewis
### COUNSELORS AT LAW

December 31, 2004
Page 1

Invoice No. 820106
Account No. 062074-0011

## Detail for Fee Services Rendered

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|



# Morgan Lewis
COUNSELORS AT LAW

December 31, 2004                                        Invoice No. 820106
Page 2                                                   Account No. 062074-0011

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | *L350* | ***Discovery Motions*** | | |
| 11/08/04 | Diller, N. | Conference with Sullivan re response to motion to compel and obtaining authorization to prepare same. | .10 | 31.50 |
| 11/10/04 | Diller, N. | Draft reply brief re motion to compel. | 3.40 | 1,071.00 |
| 11/16/04 | Diller, N. | Telephone calls with Court re filing of reply brief and electronic filing status of case. | .30 | 94.50 |
| | *L350* | ***Subtotal Discovery Motions*** | **3.80** | **$1,197.00** |

**Matter Total**

REDACTED