## United States District Court
## District of Connecticut

Gertrude Bayonne
*Plaintiff*
v.

Pitney Bowes, Inc. Et al
*Defendant*

Case No. 3:03-cv-712 (WWE)

FILED

2005 JAN 31 P 2: 30

U.S. DISTRICT COURT
BRIDGEPORT, CONN

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_\_ A ruling on all pretrial motions except dispositive motions

\_\_\_\_ To supervise discovery and resolve discovery disputes

**X** A ruling on the following motions which are currently pending:
Doc# 90 **Defendant's Supplemental Motion for Costs and Fees**

\_\_\_\_ A settlement conference

\_\_\_\_ A conference to discuss the following:

\_\_\_\_ Other:


SO ORDERED this __31st__ day of __January__, __2005__ at Bridgeport, Connecticut.


_____
Hon. Warren W. Eginton
SENIOR UNITED STATES DISTRICT JUDGE