UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 JAN 28   P 4: 52

GERTRUDE BAYONNE,               :
        Plaintiff,
                                             :    Civ. Action No.
                                                  3:03CV0712(WWE)
v.                              :

PITNEY BOWES, INC., et al.      :
        Defendants.            January 28, 2005
                                             :

## PLAINTIFF'S MOTION TO FILE A NUNC PRO TUNC OBJECTION TO MAGISTRATES DECISIONGRANTING MOTION TO COMPEL WITH FEES

    This is Plaintiff's Motion to file a nunc pro tunc objection to the Court's January 14, 2005 Order granting Defendants Motion to Compel and fees and costs. Good cause exists for granting the instant motion. The original deadline for filing any objection to the Court's January 14, 2005 Order was January 24, 2005. Plaintiff's counsel was prevented from filing a timely motion due to an overburdened case load, filing a supplemental response to Defendants First Set of Interrogatories (155 pages in length), and dealing with a personal family crisis.[1]

    Plaintiff has filed her Objection to the Court's January 14, 2005 Order on this date. This is Plaintiff's first request to file such motion. Plaintiff contacted counsel for the Defendants on this date, who did not consent to the instant motion.

    Plaintiff respectfully requests that the Court grant the instant motion.

---

[1] Plaintiff's counsel father underwent cardiac surgery at Yale New Haven Hospital on January 14, 2005, and much of his time was taken dealing with this family matter.

GERTRUDE BAYONNE
Plaintiff

By: _____
Mark P. Carey(ct 7828)
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06890
(203) 255-4150 tel.
(203) 255-0380 fax.
Mcarey@capclaw.com
Her Attorney

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY, that the foregoing was delivered via first class mail, postage prepaid, this the 28th day of January, 2005 to:

John G. Stretton
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901

_____
Mark P. Carey