**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

| | | |
|---|---|---|
| **GERTRUDE BAYONNE,** | : | |
| **Plaintiff,** | | |
| | : | **Civ. Action No.** |
| | | **3:03CV0712(WWE)** |
| **v.** | : | |
| | | |
| **PITNEY BOWES, INC. &** | : | |
| **THE PITNEY BOWES, INC.** | | |
| **LONG TERM DISABILITY PLAN,** | : | |
| **THE PITNEY BOWES, INC. LONG** | | |
| **TERM DISABILITY PLAN** | : | |
| **ADMINISTRATOR AND THE** | | |
| **PITNEY BOWES, INC.** | : | |
| **DISABILITY DEPARTMENT,** | | |
| **Defendants.** | : | **FEBRUARY 9, 2005** |

_____

### PLAINTIFFS' MOTION TO DISMISS COUNTS I, III, IV and V OF THE REVISED AMENDED COMPLAINT

Plaintiff Gertrude Bayonne files the instant motion to dismiss the following

counts from her November 12, 2003 Revised Amended Complaint [Doc.#29]: Count

One: Retaliation Against Ms. Bayonne in Violation of the ADA; Count Three: ERISA

Section 510 Violation; Count Four: Plaintiff's Second Retaliation Claim Pursuant to the

ADA for a Discriminatory Denial of her Long Term Disability Claim for Benefits; and

Count Five: Plaintiff's Claims for Retaliation Pursuant to Connecticut's Fair Employment

Practices Act (FEPA).

Plaintiff is pursuing an appeal to the Second Circuit with regard to Count II

(ERISA claims) and will file a notice of appeal within the required time frame with this

Court.

PLAINTIFF,
GERTRUDE BAYONNE

By:_____
      Mark P. Carey (ct17828)
      Carey & Associates, P.C.
      Attorneys At Law
      71 Old Post Road, Suite One
      Southport, CT 06490
      (203) 255-4150 tel.
      (203) 255-0380 fax.
      Mcareyesq@MPCAssoc.com

      Her Attorney


## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY, that the foregoing was delivered via facsimile and overnight delivery, fee prepaid, this the 9th day of February, 2005 to:

John Stretton
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901

_____
Mark P. Carey

2