FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GERTRUDE BAYONNE

v.   CIVIL CASE NO. 3:03-cv-00712 (WWE)

PITNEY BOWES INC. LONG TERM
DISABILITY PLAN ET.AL.

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Gertrude Bayonne__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach the Judgment or Order):
Denial of Plaintiff's Cross Motion for Summary Judgement and
Grant of Defendants Cross Motion for Summary Judgement

2. The Judgment /Order in this action was entered on __1/27/05__.
(date)

_[Signature]_
Signature

Mark P. Carey
Print Name

Carey & Associates P.C.

71 Old Post Rd. Suite 1, Southport,
Address
CT 06890

(203)-255-4150  mcarey@capclaw.com
Telephone Number

Date: 2/17/05

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).