UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 FEB 25  A 10: 52

U.S. DISTRICT COURT
BRIDGEPORT, CONN

GERTRUDE BAYONNE

v.                                3:03cv712 WWE

PITNEY BOWES, INC.,
THE PITNEY BOWES, INC.
LONG TERM DISABILITY PLAN,
THE PITNEY BOWES, INC. LONG
TERM DISABILITY PLAN
ADMINISTRATOR and THE PITNEY
BOWES, INC. DISABILITY DEPT.

## JUDGMENT

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of plaintiff's and defendants' motions for summary judgment on the ERISA claims, and plaintiff's motion to dismiss counts I, III, IV and V (the non-ERISA claims).

The Court has reviewed all of the papers filed in conjunction with the motion and on January 27, 2005, entered a Ruling granting the defendants' motion and denying the plaintiff's motion. On February 24, 2005, an order was entered granting the plaintiff's motion to dismiss counts I, III, IV and V.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 25th day of February, 2005.

KEVIN F. ROWE, Clerk

By _____
Deputy-in-Charge

Entered on Docket _____