# DISTRICT OF CONNECTICUT - BRIDGEPORT
# NOTICE OF APPEAL COVER MEMO

**DATE:** February 23, 2005    **TO:** Intake Clerk

**FROM:** Tasha Simpson    203.579.5657

FILED
2005 MAR -7 P 1:51
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

**CASE TITLE:** Bayonne vs Pitney Bowes, Inc, et al.

**DOCKET NO.:** 3:03 cv 712 (WWE)

**NOTICE OF APPEAL:** filed: February 18, 2005

**APPEAL FROM:**
final judgment: __
interlocutory: __
other: RULING ( Document # 91 )

**DOCKET SHEET:**
Attorney, updated address & phone number for each party __Y__

All parties are listed on Docket Sheet
(Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:**    Paid ✓    Due ____ N/A ____

IFP revoked ____    Application Attached ____

IFP pending before district judge ____

**COUNSEL:**    CJA ____    Retained ✓    Pro Se ____

**TIME STATUS:**    Timely ✓    Out of Time ____

**MOTION FOR EXTENSION OF TIME:** Granted ____    Denied ____

**COA:**    Granted ____    Denied ____

**COMMENTS AND CORRECTIONS:**

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

**SIGNED:** _____ **DATE:** 3/2/05
DEPUTY CLERK, USCA

**USCA No.** _____.