UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2005 MAY -6  A 9: 57
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| GERTRUDE BAYONNE,<br>                Plaintiff, | : | |
| | : | Civ. Action No.<br>3:03CV0712(WWE) |
| v. | : | |
| PITNEY BOWES, INC. &<br>THE PITNEY BOWES, INC.<br>LONG TERM DISABILITY PLAN,<br>THE PITNEY BOWES, INC. LONG<br>TERM DISABILITY PLAN<br>ADMINISTRATOR AND THE<br>PITNEY BOWES, INC.<br>DISABILITY DEPARTMENT,<br>                Defendants. | :<br>:<br>:<br>:<br>:<br>: | MAY 3, 2005 |

### PARTIES' "SO ORDERED" STIPULATION TO DISMISS COUNTS I, III, IV and V OF THE REVISED AMENDED COMPLAINT, WITH PREJUDICE

The parties to the above captioned action hereby file the instant "So Ordered" Stipulation to dismiss "WITH PREJUDICE" the following counts from her November 12, 2003 Revised Amended Complaint [Doc.#29]: Count One: Retaliation Against Ms. Bayonne in Violation of the ADA; Count Three: ERISA Section 510 Violation; Count Four: Plaintiff's Second Retaliation Claim Pursuant to the ADA for a Discriminatory Denial of her Long Term Disability Claim for Benefits; and Count Five: Plaintiff's Claims for Retaliation Pursuant to Connecticut's Fair Employment Practices Act (FEPA).

On February 9, 2005, Plaintiff filed her motion to dismiss the above claims, but failed to state that the claims were being dismissed with prejudice. [Doc.#97] The Court endorsed the motion on February 24, 2005. [Doc.100].

Plaintiff is currently appealing the Court's January 27, 2005 decision [Doc.#91] granting summary judgment to Defendants on Count II (ERISA claims). A notice of appeal was filed on February 18, 2005 [Doc.#99], and acknowledged received on March 2, 2005. [Doc.#102].

The parties herein request that the Court endorse the instant stipulation.

> DEFENDANTS,
> PITNEY BOWES, INC. &
> THE PITNEY BOWES, INC.
> LONG TERM DISABILITY
> PLAN, THE PITNEY BOWES,
> INC. LONG TERM DISABILITY
> PLAN ADMINISTRATOR AND
> THE PITNEY BOWES, INC.
> DISABILITY DEPARTMENT
> By:_____
> John Stretton (ct19902)
> Edwards & Angell, LLC
> Three Stamford Plaza
> 301 Tresser Boulevard
> Stamford, CT 06901
>
> PLAINTIFF,
> GERTRUDE BAYONNE
> By:_____
> Mark P. Carey (ct17828)
> Carey & Associates, P.C.
> Attorneys At Law
> 71 Old Post Road, Suite One
> Southport, CT 06490
> (203) 255-4150 tel.
> (203) 255-0380 fax.
> Mcareyesq@MPCAssoc.com
>
> Her Attorney

**SO ORDERED ON** _____.

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY, that the foregoing was delivered by first class mail, postage prepaid, this the 6th day of May, 2005 to:

John Stretton
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901

_____
Mark P. Carey

3