UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GERTRUDE BAYONNE,** | : | |
| Plaintiff, | | |
| | : | Civ. Action No. 3:03CV0712(WWE) |
| v. | : | |
| **PITNEY BOWES, INC., et al.** | : | |
| Defendants. | | August 17, 2005 |
| | : | |

**PLAINTIFF'S MOTION FOR EXTENSION
TO PAY COSTS AND FEES**

Plaintiff, Gertrude Bayonne, files the instant motion requesting a two week extension from the Court's August 2, 2005 Order awarding costs and fees to Defendant Pitney Bowes, Inc. Plaintiff was ordered to pay such costs and fees by August 12, 2005.

Plaintiff respectfully requests a two-week extension of time to pay such fees and costs to Defendant, up to and including August 24, 2005.

The undersigned submits that good cause exists for granting the instant motion. The undersigned was away on vacation from August 2 to August 12, 2005, 2005, and unaware of the August 2, 2005 Court Order, delivered electronically through PACER.

The undersigned contacted counsel for the Defendant on August 15, 2005, who consented to the instant motion. This is Plaintiff's first motion for extension of time.

Plaintiff respectfully requests that the Court grant the instant motion.

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

GERTRUDE BAYONNE
Plaintiff

By:_____
Mark P. Carey(ct17828)
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06890
(203) 255-4150 tel.
(203) 255-0380 fax.
Mcarey@capclaw.com
Her Attorney

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY, that the foregoing was delivered via first class mail, postage prepaid, this the 17TH day of August, 2005 to:

John G. Stretton
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901
Attorney for Defendants

Don Sullivan
Morgan Lewis & Bockius, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Attorney for Defendants

_____
Mark P. Carey