UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

**Roseann B. MacKechnie**
CLERK

2006 MAR 27 P 2: 27

U.S. [stamp illegible]

Date: 3/13/06
Docket Number: 05-1065-cv
Short Title: Bayonne v. Pitney Bowes, Inc
DC Docket Number: 03-cv-712
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Warren Eginton

Dear Appeals Clerk:

Enclosed is a certified copy of the statement of costs filed 1/3/06 in the above-entitled case.

The mandate was issued to your office on 1/24/06.

Please include this statement of costs as part of the mandate by attaching it to the summary order issued 1/3/06.

Please acknowledge receipt of said copy of the statement of costs on the copy attached herewith and return to me.

Very truly yours,
Roseann B. MacKechnie, Clerk
By: [signature]
Angela Martin
Deputy Clerk

FILED
2006 MAR 27 P 2: 27

*UNITED STATES COURT OF APPEALS FILED MAR 13 2006 Roseann B. MacKechnie, CLERK SECOND CIRCUIT*

STATEMENT OF COSTS

Taxed in the amount of $733.21 in favor of Appellee, Pitney Bowes, Inc.

Date 3/13/06

FOR THE COURT:
ROSEANN B. MacKECHNIE, Clerk
Arthur M. Heller, Motions Staff Attorney

## ITEMIZED AND VERIFIED BILL OF COSTS

United States Court of Appeals
For the Second Circuit

---

GERTRUDE BAYONNE

    Plaintiff-Appellant

v.

PITNEY BOWES INC., et al.

    Defendants-Appellees

Docket No. 05-1065

---

Counsel for **Defendants-Appellees** respectfully submits, pursuant to Rule 39 c) of the Federal Rules of Appellate Procedure the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the **Plaintiff-Appellant** and in favor of **Defendants-Appellees** for insertion in the mandate.

Docketing Action ............ *disallow - not applicable* ~~$255.00~~

Costs of printing appendix (necessary copies __12__) ............ $527.16

Costs of printing brief (necessary copies __13__) ............ $206.05

Costs of printing reply brief (necessary copies ____) ............ ____

733.21

(VERIFICATION HERE) *I verify that all information herein is accurate to the best of my knowledge.*

*Nicole Diller / JMT*
(Signature)

CERTIFIED:
MAR 13 2006

ROSEANN ... 
By Angela Martin